# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Mattie M. David                                            CHAPTER 13

                  Debtor(s)                                      BKY. NO. 18-22880 GLT

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of FITNO ARC Home LLC. and index same on the master mailing list.

      Respectfully submitted,

      **/s/James C. Warmbrodt, Esquire**
      James C. Warmbrodt, Esquire
      Attorney I.D. No. 42524
      KML Law Group, P.C.
      BNY Mellon Independence Center
      701 Market Street, Suite 5000
      Philadelphia, PA 19106
      412-430-3594
      jwarmbrodt@kmllawgroup.com