Form 213

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Mattie M. David**
    Debtor(s)

Bankruptcy Case No.: 18–22880–GLT
Related to Docket No. 53
Chapter: 13
Docket No.: 55 – 53
Concil. Conf.: January 21, 2021 at 09:00 AM

## ORDER

**WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

**IT IS HEREBY ORDERED** that, on or before **November 2, 2020,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

**OR**

2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

**IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

On or before **November 16, 2020,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

On **January 21, 2021** at **09:00 AM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at remotely by the Trustee via Zoom, how to participate:goto www.ch13pitt.com, meetings@chapter13trusteewdpa.com.

If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: September 17, 2020

cm: All Creditors and Parties In Interest

Gregory L. Taddonio, Judge
United States Bankruptcy Court

## <ins>INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT</ins>

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

Ronda J. Winnecour, Trustee
P.O. Box 84051
Chicago, IL 60689–4002

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 18-22880-GLT
Mattie M. David                                                          Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: jhel              Page 1 of 3          Date Rcvd: Sep 17, 2020
                             Form ID: 213            Total Noticed: 62


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 19, 2020.
db          +Mattie M. David,    54 Areford Boulevard,   Uniontown, PA 15401-4659
cr          +WEI Mortgage LLC,    RAS Crane LLC,   10700 Abbotts Bridge Road, Suite 170,
             Duluth, GA 30097-8461
14883966     BYL Collection Services, LLC,   P.O. Box 569,   Malvern, PA 19355-0569
14883964     Barclays Bank,   P.O. Box 8802,   Wilmington, DE 19899-8802
14883970    +Citi Card,   P.O. Box 6500,   Sioux Falls, SD 57117-6500
14921978    +Citibank, N.A.,    Citibank, N.A.,   701 East 60th Street North,   Sioux Falls, SD 57104-0493
14883972    +Credit Collections, USA,   16 Distributor Drive--Suite 1,   Morgantown, WV 26501-0121
14892561    +E-Z Pass Customer Service,   7631 Derry Street,   Harrisburg, PA 17111-5286
14894300   ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,   COLORADO SPRINGS CO 80962-2180
             (address filed with court:  Ford Motor Credit Company LLC,   P. O. Box 62180,
             Colorado Springs, CO 80962)
14883974    +Fayette Physician Network,   P.O. Box 4640,   Rutherford, NJ 07070-0464
14883976     Foundation Radiology Group, PC,   75 Remittance Drive #3310,   Chicago, IL 60675-1001
14883977     Health Care Solutions,   P.O. Box 3037,   Sharon, PA 16146-5037
14883978    +Home Depot,   P.O. Box 790328,   Saint Louis, MO 63179-0328
14892563    +Laurel Physiatry,   269 South Mount Vernon Avenue,   Uniontown, PA 15401-4178
14883984    +MMS Endodontics,   9000 Coombs Farm Drive--#304,   Morgantown, WV 26508-1150
14883982    +Macy's American Express,   Bankruptcy Processing,   P.O. Box 8053,   Mason, OH 45040-8053
14883983    +Macy's Visa,   Bankruptcy Processing,   P.O. Box 8053,   Mason, OH 45040-8053
14883985     NovaSom,   75 Remittance Drive--Dept. 6583,   Chicago, IL 60675-6583
14883986    +Oliverio Ear Nose & Throat,   10 Highland Park Drive,   Uniontown, PA 15401-8926
14883989     PNC Bank,   P.O. Box 609,   Pittsburgh, PA 15230-0609
14892564    +Peerless Credit Services, Inc.,   P.O. Box 518,   Middletown, PA 17057-0518
14892565     Professional Account Management,   P.O. Box 1153,   Milwaukee, WI 53201-1153
14883997   ++STATE COLLECTION SERVICE INC.,   2509 S STOUGHTON RD,   MADISON WI 53716-3314
             (address filed with court:  State Collection Service, Inc.,   2509 South Stoughton Road,
             P.O. Box 6250,   Madison, WI 53716-0250)
14883994     Shaw Financial Solutions/Synchrony Bank,   Attention: Bankruptcy Department,   P.O. Box 965036,
             Orlando, FL 32896-5061
14883995    +Southwestern Endoscopy Center,   300 Spring Creek Lane--Lower Level,   Uniontown, PA 15401-9069
14883996     Southwestern Gastrointestinal Specialist,   300 Spring Creek Lane--Upper Level,
             Uniontown, PA 15401-9069
14883998     Target National Bank,   c/o Target Card Services,   P.O. Box 1581,   Minneapolis, MN 55440-1581
14884000    +Transworld Systems, Inc.,   P.O. Box 17221,   Wilmington, DE 19850-7221
14914854     UPMC Health Services,   PO Box 1123,   Minneapolis, MN 55440-1123
14892566    +UPMC Health Services,   2 Hot Metal StreetDist. Room 386,   Pittsburgh, PA 15203-2348
14914853     UPMC Physician Services,   PO Box 1123,   Minneapolis, MN 55440-1123
14884001     Uniontown Hospital,   500 West Berkeley Street,   Uniontown, PA 15401-5596
14892567    +Virtuox, Inc.,   P.O. Box 741637,   Atlanta, GA 30384-0001

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14883963     E-mail/Text: ebn@americollect.com Sep 18 2020 04:49:00      Americollect, Inc.,   P. O. Box 1690,
             Manitowoc, WI 54221-1690
15180632    +E-mail/Text: cashiering-administrationservices@flagstar.com Sep 18 2020 04:49:17
             Arc Home LLC (f/k/a WEI Mortgage LLC),   c/o Flagstar Bank FSB,   5151 Corporate Drive,
             Troy MI 48098-2639
14883965     E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 18 2020 04:48:20      Bon Ton/Comenity Bank,
             Bankruptcy Department,   P.O. Box 182125,   Columbus, OH 43218-2125
14883967     E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 18 2020 04:53:33      Capital One,
             c/o TSYS Total Debt Management,   P.O. Box 5155,   Norcross, GA 30091
14897302     E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 18 2020 04:53:58
             Capital One Bank (USA), N.A.,   PO Box 71083,   Charlotte, NC 28272-1083
14883968     E-mail/PDF: gecsedi@recoverycorp.com Sep 18 2020 04:53:53      CareCredit/Synchrony Bank,
             Attn: Bankruptcy Department,   P.O. Box 965061,   Orlando, FL 32896-5061
14883971    +E-mail/Text: bankruptcy_notifications@ccsusa.com Sep 18 2020 04:49:26
             Credit Collection Services,   725 Canton Street,   Norwood, MA 02062-2679
14922839     E-mail/Text: bnc-quantum@quantum3group.com Sep 18 2020 04:48:27
             Department Stores National Bank,   c/o Quantum3 Group LLC,   PO Box 657,
             Kirkland, WA 98083-0657
14883973     E-mail/Text: mrdiscen@discover.com Sep 18 2020 04:39:19      Discover,   P.O. Box 30421,
             Salt Lake City, UT 84130-0421
14887582     E-mail/Text: mrdiscen@discover.com Sep 18 2020 04:39:19      Discover Bank,
             Discover Products Inc,   PO Box 3025,   New Albany, OH 43054-3025
14892562    +E-mail/Text: bankruptcy@erieinsurance.com Sep 18 2020 04:49:26      Erie Insurance Group,
             100 Erie Insurance Place,   Erie, PA 16530-0001
14883979     E-mail/PDF: gecsedi@recoverycorp.com Sep 18 2020 04:53:55      Home Design/Synchrony Bank,
             Attention: Bankruptcy Department,   P.O. Box 965061,   Orlando, FL 32896-5061
14883969     E-mail/PDF: ais.chase.ebn@americaninfosource.com Sep 18 2020 04:53:55      Chase,
             P.O. Box 15298,   Wilmington, DE 19850-5298
14919922     E-mail/Text: resurgentbknotifications@resurgent.com Sep 18 2020 04:53:18
             LVNV Funding, LLC its successors and assigns as,   assignee of Citibank, N.A.,
             Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587

```
District/off: 0315-2            User: jhel            Page 2 of 3            Date Rcvd: Sep 17, 2020
                               Form ID: 213           Total Noticed: 62
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

```
14883980        E-mail/PDF: gecsedi@recoverycorp.com Sep 18 2020 04:53:53      Levin Furniture/Synchrony Bank,
                Bankruptcy Department,   P.O. Box 965061,   Orlando, FL 32896-5061
14883981        E-mail/PDF: gecsedi@recoverycorp.com Sep 18 2020 04:53:07      Lowe's/Synchrony Bank,
                Attn: Bankruptcy Deptartment,   P.O. Box 965060,   Orlando, FL 32896-5060
14919338        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 18 2020 04:53:15
                Portfolio Recovery Associates, LLC,   POB 12914,   Norfolk VA 23541
14884711       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 18 2020 04:53:15
                PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
14919847       +E-mail/Text: bankruptcynotices@psecu.com Sep 18 2020 04:49:16     PSECU,   PO BOX 67013,
                HARRISBURG, PA 17106-7013
14883987        E-mail/PDF: gecsedi@recoverycorp.com Sep 18 2020 04:53:53
                Paypal Buyer Credit/Synchrony Bank,   Attn: Bankruptcy Department,   P.O. Box 965060,
                Orlando, FL 32896-5060
14883988        E-mail/Text: bankruptcynotices@psecu.com Sep 18 2020 04:49:16
                Pennsylvania State Employees Credit Un.,   1 Credit Union Place,   P.O. Box 67013,
                Harrisburg, PA 17106-7013
14918529        E-mail/Text: bnc-quantum@quantum3group.com Sep 18 2020 04:48:27
                Quantum3 Group LLC as agent for,   Comenity Bank,   PO Box 788,   Kirkland, WA  98083-0788
14883990       +E-mail/Text: EBN_IndianapolisIMC@receivemorermp.com Sep 18 2020 04:49:30
                Receivables Management Partners, LLC,   P.O. Box 329,   Temple, PA 19560-0329
14883997        E-mail/Text: amieg@stcol.com Sep 18 2020 04:39:21      State Collection Service, Inc.,
                2509 South Stoughton Road,   P.O. Box 6250,   Madison, WI 53716-0250
14883991        E-mail/PDF: gecsedi@recoverycorp.com Sep 18 2020 04:53:53
                Sam's Club Master Card/Synchrony Bank,   Attention: Bankruptcy Department,   P.O. Box 965060,
                Orlando, FL 32896-5060
14883992        E-mail/PDF: gecsedi@recoverycorp.com Sep 18 2020 04:53:53      Sam's Club/Synchrony Bank,
                Attention: Bankruptcy Department,   P.O. Box 965060,   Orlando, FL 32896-5060
14883993        E-mail/Text: bkteam@selenefinance.com Sep 18 2020 04:48:14      Selene Finance,
                Attn: Bankruptcy Department,   P.O. Box 422039,   Houston, TX 77242-4239
14923298       +E-mail/Text: bncmail@w-legal.com Sep 18 2020 04:49:02      TD Bank USA, N.A.,
                C O WEINSTEIN & RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
14883999        E-mail/PDF: gecsedi@recoverycorp.com Sep 18 2020 04:53:53
                TJX Rewards Master Card/Synchrony Bank,   Attention: Bankruptcy Department,   P.O. Box 965060,
                Orlando, FL 32896-5060
14922028       +E-mail/Text: bkteam@selenefinance.com Sep 18 2020 04:48:14      WEI Mortgage LLC,
                c/o Selene Finance, LP,   Attn: BK Dept,   9990 Richmond Ave. Suite 400 South,
                Houston, TX 77042-4546
                                                                               TOTAL: 30


                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              ARC Home LLC.
cr              Ford Motor Credit Company, LLC
cr*            +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
14883975*      ++FORD MOTOR CREDIT COMPANY,   P O BOX 62180,   COLORADO SPRINGS CO 80962-2180
                (address filed with court: Ford Motor Credit Company, LLC,   National Bankruptcy Service Center,
                P.O. Box 62180,   Colorado Springs, CO 80962)
                                                                               TOTALS: 2, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 19, 2020                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

District/off: 0315-2            User: jhel              Page 3 of 3              Date Rcvd: Sep 17, 2020
                               Form ID: 213             Total Noticed: 62

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 17, 2020 at the address(es) listed below:
          Daniel R. White    on behalf of Debtor Mattie M. David zmwchapter13@gmail.com,
           gianna@zeblaw.com;sheila@zeblaw.com;r63228@notify.bestcase.com
          Kevin M Buttery    on behalf of Creditor    WEI Mortgage LLC kbuttery@rascrane.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          Sindi  Mncina    on behalf of Creditor    WEI Mortgage LLC smncina@rascrane.com
                                                                                   TOTAL: 5