## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: MATTIE M DAVID | CASE NO: 18-22880 GLT |
| | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** |
| | Chapter: 13 |
| | ECF Docket Reference No. 55 & 57 |
| | Hearing Date: January 21, 2021 |
| | Hearing Time: 9:00 a.m. |

On 10/29/2020, I did cause a copy of the following documents, described below,

Debtor's Notice of Proposed Modification to Confirmed Plan, Amended Chapter 13 Plan Dated October 29, 2020, the Court's September 17, 2020, Order and Proof of Payment were served upon Ronda J. Winnecour, Chapter 13 Trustee, via electronic mail and upon all creditors listed on the attached mailing matrix     ECF Docket Reference No. 55 & 57

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 10/29/2020

/s/ Daniel R. White
Daniel R. White  78718
Zebley Mehalov & White, P.C.
P.O. Box 2123
Uniontown, PA  15401
724 439 9200

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  MATTIE M DAVID | CASE NO: 18-22880 GLT |
| | **CERTIFICATE OF SERVICE DECLARATION OF MAILING** |
| | Chapter: 13<br>ECF Docket Reference No. 55 & 57<br>Hearing Date: January 21, 2021<br>Hearing Time: 9:00 a.m. |

On 10/29/2020, a copy of the following documents, described below,

Debtor's Notice of Proposed Modification to Confirmed Plan, Amended Chapter 13 Plan Dated October 29, 2020, the Court's September 17, 2020, Order and Proof of Payment were served upon Ronda J. Winnecour, Chapter 13 Trustee, via electronic mail and upon all creditors listed on the attached mailing matrix        ECF Docket Reference No. 55 & 57

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 10/29/2020

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Daniel R. White
Zebley Mehalov & White, P.C.
P.O. Box 2123
Uniontown, PA  15401

```
PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF NOTICE OF ELECTRONIC FILING (NEF)" WERE SERVED VIA ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM
```

| | | |
|---|---|---|
| CASE INFO<br> LABEL MATRIX FOR LOCAL NOTICING<br>03152<br>CASE 18-22880-GLT<br>WESTERN DISTRICT OF PENNSYLVANIA<br>PITTSBURGH<br>THU OCT 29 14-22-57 EDT 2020 | AMERICOLLECT INC<br>PO BOX 2080<br>MANITOWOC WI 54221-2080 | ARC HOME LLC FKA WEI MORTGAGE LLC<br>CO FLAGSTAR BANK FSB<br>5151 CORPORATE DRIVE<br>TROY MI 48098-2639 |
| BYL COLLECTION SERVICES LLC<br>PO BOX 569<br>MALVERN PA 19355-0569 | BARCLAYS BANK<br>PO BOX 8802<br>WILMINGTON DE 19899-8802 | BON TONCOMENITY BANK<br>BANKRUPTCY DEPARTMENT<br>PO BOX 182125<br>COLUMBUS OH 43218-2125 |
| KEVIN M BUTTERY<br>RAS CRANE<br>10700 ABBOTTS BRIDGE ROAD<br>SUITE 170<br>DULUTH GA 30097-8461 | CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 | CAPITAL ONE BANK USA NA<br>PO BOX 71083<br>CHARLOTTE NC 28272-1083 |
| CARECREDITSYNCHRONY BANK<br>ATTN BANKRUPTCY DEPARTMENT<br>PO BOX 965061<br>ORLANDO FL 32896-5061 | JPMORGAN CHASE BANK N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 | CITI CARD<br>PO BOX 6500<br>SIOUX FALLS SD 57117-6500 |
| CITIBANK NA<br>CITIBANK NA<br>701 EAST 60TH STREET NORTH<br>SIOUX FALLS SD 57104-0493 | CREDIT COLLECTION SERVICES<br>725 CANTON STREET<br>NORWOOD MA 02062-2679 | CREDIT COLLECTIONS USA<br>16 DISTRIBUTOR DRIVESUITE 1<br>MORGANTOWN WV 26501-0121 |
| DEBTOR<br>MATTIE M DAVID<br>54 AREFORD BOULEVARD<br>UNIONTOWN PA 15401-4659 | DEPARTMENT STORES NATIONAL BANK<br>CO QUANTUM3 GROUP LLC<br>PO BOX 657<br>KIRKLAND WA 98083-0657 | DISCOVER<br>PO BOX 30421<br>SALT LAKE CITY UT 84130-0421 |
| DISCOVER BANK<br>DISCOVER PRODUCTS INC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 | E Z PASS CUSTOMER SERVICE<br>7631 DERRY STREET<br>HARRISBURG PA 17111-5286 | ERIE INSURANCE GROUP<br>100 ERIE INSURANCE PLACE<br>ERIE PA 16530-0001 |
| FAYETTE PHYSICIAN NETWORK<br>PO BOX 4640<br>RUTHERFORD NJ 07070-0464 | FORD MOTOR CREDIT COMPANY<br>P O BOX 62180<br>COLORADO SPRINGS CO 80962-2180 | FOUNDATION RADIOLOGY GROUP PC<br>75 REMITTANCE DRIVE 3310<br>CHICAGO IL 60675-1001 |
| HEALTH CARE SOLUTIONS<br>PO BOX 3037<br>SHARON PA 16146-5037 | HOME DEPOT<br>PO BOX 790328<br>SAINT LOUIS MO 63179-0328 | HOME DESIGNSYNCHRONY BANK<br>ATTENTION BANKRUPTCY DEPARTMENT<br>PO BOX 965061<br>ORLANDO FL 32896-5061 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF NOTICE RECIPIENT" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
LVNV FUNDING LLC ITS SUCCESSORS AND      LAUREL PHYSIATRY                        LEVIN FURNITURESYNCHRONY BANK
ASSIGNS                                  269 SOUTH MOUNT VERNON AVENUE           BANKRUPTCY DEPARTMENT
ASSIGNEE OF CITIBANK NA                  UNIONTOWN PA 15401-4178                 PO BOX 965061
RESURGENT CAPITAL SERVICES                                                       ORLANDO FL 32896-5061
PO BOX 10587
GREENVILLE SC 29603-0587



LOWESSYNCHRONY BANK                      MMS ENDODONTICS                         DSNB MACY S
ATTN BANKRUPTCY DEPTARTMENT              9000 COOMBS FARM DRIVE304               CITIBANK
PO BOX 965060                            MORGANTOWN WV 26508-1150                1000 TECHNOLOGY DRIVE MS 777
ORLANDO FL 32896-5060                                                            O FALLON MO 63368-2222



SINDI MNCINA                             BRIAN NICHOLAS                          NOVASOM
RAS CRANE LLC                            KML LAW GROUP PC                        75 REMITTANCE DRIVEDEPT 6583
10700 ABBOTTS BRIDGE ROAD                701 MARKET STREET                       CHICAGO IL 60675-6583
SUITE 170                                SUITE 5000
DULUTH GA 30097-8461                     PHILADELPHIA PA 19106-1541



OFFICE OF THE UNITED STATES TRUSTEE      OLIVERIO EAR NOSE  THROAT               PNC BANK
LIBERTY CENTER                           10 HIGHLAND PARK DRIVE                  PO BOX 609
1001 LIBERTY AVENUE SUITE 970            UNIONTOWN PA 15401-8926                 PITTSBURGH PA 15230-0609
PITTSBURGH PA 15222-3721



PRA RECEIVABLES MANAGEMENT LLC           PSECU                                   PAYPAL BUYER CREDITSYNCHRONY BANK
PO BOX 41021                             PO BOX 67013                            ATTN BANKRUPTCY DEPARTMENT
NORFOLK VA 23541-1021                    HARRISBURG PA 17106-7013                PO BOX 965060
                                                                                 ORLANDO FL 32896-5060



PEERLESS CREDIT SERVICES INC             PENNSYLVANIA DEPARTMENT OF REVENUE      PENNSYLVANIA DEPT OF REVENUE
PO BOX 518                               BANKRUPTCY DIVISION                     DEPARTMENT 280946
MIDDLETOWN PA 17057-0518                 PO BOX 280946                           PO BOX 280946
                                         HARRISBURG PA 17128-0946                ATTN- BANKRUPTCY DIVISION
                                                                                 HARRISBURG PA 17128-0946



PENNSYLVANIA STATE EMPLOYEES CREDIT UN   PORTFOLIO RECOVERY ASSOCIATES LLC       PROFESSIONAL ACCOUNT MANAGEMENT
1 CREDIT UNION PLACE                     PO BOX 41067                            PO BOX 1153
PO BOX 67013                             NORFOLK VA 23541-1067                   MILWAUKEE WI 53201-1153
HARRISBURG PA 17106-7013



QUANTUM3 GROUP LLC AS AGENT FOR          RECEIVABLES MANAGEMENT PARTNERS LLC     SAMS CLUB MASTER CARDSYNCHRONY BANK
COMENITY BANK                            PO BOX 329                              ATTENTION BANKRUPTCY DEPARTMENT
PO BOX 788                               TEMPLE PA 19560-0329                    PO BOX 965060
KIRKLAND WA 98083-0788                                                           ORLANDO FL 32896-5060



SAMS CLUBSYNCHRONY BANK                  SELENE FINANCE                          SHAW FINANCIAL SOLUTIONSSYNCHRONY BANK
ATTENTION BANKRUPTCY DEPARTMENT          ATTN BANKRUPTCY DEPARTMENT              ATTENTION BANKRUPTCY DEPARTMENT
PO BOX 965060                            PO BOX 422039                           PO BOX 965036
ORLANDO FL 32896-5060                    HOUSTON TX 77242-4239                   ORLANDO FL 32896-5061
```

Case 18-22880-GLT    Doc 58    Filed 10/29/20    Entered 10/29/20 15:48:20    Desc Main
Document      Page 5 of 5

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF NOTICE RECIPIENT" HAVE BEEN SERVED VIA ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
SOUTHWESTERN ENDOSCOPY CENTER          SOUTHWESTERN GASTROINTESTINAL          STATE COLLECTION SERVICE INC
300 SPRING CREEK LANELOWER LEVEL       SPECIALIST                             2509 S STOUGHTON RD
UNIONTOWN PA 15401-9069                300 SPRING CREEK LANEUPPER LEVEL       MADISON WI 53716-3314
                                       UNIONTOWN PA 15401-9069


TD BANK USA NA                         TJX REWARDS MASTER CARDSYNCHRONY BANK  TARGET NATIONAL BANK
C O WEINSTEIN  RILEY PS                ATTENTION BANKRUPTCY DEPARTMENT        CO TARGET CARD SERVICES
2001 WESTERN AVENUE STE 400            PO BOX 965060                          PO BOX 1581
SEATTLE WA 98121-3132                  ORLANDO FL 32896-5060                  MINNEAPOLIS MN 55440-1581


TRANSWORLD SYSTEMS INC                 UPMC HEALTH SERVICES                   UPMC HEALTH SERVICES
PO BOX 17221                           2 HOT METAL STREETDIST ROOM 386        PO BOX 1123
WILMINGTON DE 19850-7221               PITTSBURGH PA 15203-2348               MINNEAPOLIS MN 55440-1123


UPMC PHYSICIAN SERVICES                UNIONTOWN HOSPITAL                     VIRTUOX INC
PO BOX 1123                            500 WEST BERKELEY STREET               PO BOX 741637
MINNEAPOLIS MN 55440-1123              UNIONTOWN PA 15401-5596                ATLANTA GA 30384-0001


WEI MORTGAGE LLC                       WEI MORTGAGE LLC                       EXCLUDE
RAS CRANE LLC                          CO SELENE FINANCE LP                   DANIEL R WHITE
10700 ABBOTTS BRIDGE ROAD SUITE 170    ATTN- BK DEPT                          ZEBLEY MEHALOV  WHITE PC
DULUTH GA 30097-8461                   9990 RICHMOND AVE SUITE 400 SOUTH      18 MILL STREET SQUARE
                                       HOUSTON TX 77042-4546                  PO BOX 2123
                                                                              UNIONTOWN PA 15401-1723


EXCLUDE
RONDA J WINNECOUR
SUITE 3250 USX TOWER
600 GRANT STREET
PITTSBURGH PA 15219-2702
```