# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA (PITTSBURGH)

| | |
|---|---|
| IN RE:<br>MATTIE M DAVID<br>    Debtor | Case No. 18-22880-GLT |
| FREEDOM MORTGAGE CORPORATION<br>    Movant | Chapter 13<br><br>Hearing Date: March 10, 2021 |
| v. | Hearing Time: 9:00 am |
| MATTIE M DAVID<br>    Respondent | Objection Date: March 3, 2021<br><br>11 U.S.C. §362 |

**CERTIFICATE OF SERVICE OF MOTION FOR NUNC PRO TUNC RELIEF FROM THE STAY IN ORDER TO PROCEED WITH MORTGAGE FORBEARANCE**

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on January 22, 2021.

The types of service made on the parties were: Electronic Notification and First Class Mail.

Service by First Class Mail

MATTIE M DAVID
54 AREFORD BLVD
UNIONTOWN, PA 15401

DANIEL R. WHITE, ESQUIRE
ZEBLEY MEHALOV & WHITE, P.C.
18 MILL STREET SQUARE
P.O. BOX 2123
UNIONTOWN, PA 15401

RONDA J. WINNECOUR
SUITE 3250, USX TOWER
600 GRANT STREET
PITTSBURGH, PA 15219

Service by Electronic Notification

DANIEL R. WHITE, ESQUIRE
ZEBLEY MEHALOV & WHITE, P.C.
18 MILL STREET SQUARE
P.O. BOX 2123
UNIONTOWN, PA 15401
dwhite@zeblaw.com

RONDA J WINNECOUR, BANKRUPTCY TRUSTEE
SUITE 3250, USX TOWER
600 GRANT STREET
PITTSBURGH, PA 15219
cmecf@chapter13trusteewdpa.com

U.S. TRUSTEE
OFFICE OF THE UNITED STATES TRUSTEE
LIBERTY CENTER.
1001 LIBERTY AVENUE, SUITE 970
PITTSBURGH, PA 15222
Ustp.region03@usdoj.gov

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification" and those served by mail will be listed under the heading: Service by First Class Mail."

January 22, 2021

                                             */s/ Mario Hanyon*
                                             Mario Hanyon
                                             (Bar No. 203993)
                                             Attorney for Creditor
                                             BROCK & SCOTT, PLLC
                                             302 Fellowship Road, Ste 130
                                             Mount Laurel, NJ 08054
                                             Telephone:  844-856-6646 x4560
                                             Facsimile:  704-369-0760