Form 149

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Mattie M. David**
Debtor(s)

Bankruptcy Case No.: 18−22880−GLT
Issued Per Jan. 21, 2021 Proceeding
Chapter: 13
Docket No.: 67 − 55, 57
Concil. Conf.: at

## ORDER OF COURT CONFIRMING PLAN AS MODIFIED
## AND SETTING DEADLINES FOR CERTAIN ACTIONS

*(1.) PLAN CONFIRMATION:*

IT IS HEREBY ORDERED that upon consent of the Debtor(s), the Chapter 13 Plan dated October 29, 2020 is CONFIRMED as modified at the Plan confirmation hearing. Terms of the Plan not expressly modified by this Order remain in full force and effect. A copy of this Plan was previously mailed to you. *Only those provisions which are checked below apply to this case:*

☒ A. For the remainder of the Plan term, the periodic Plan payment is amended to be $1,933 as of February 2021. Debtor(s)' counsel shall file a motion to amend the income attachment order within seven (7) days of the date of this Order.

☐ B. The length of the Plan is increased to a total of months. This statement of duration of the Plan is an approximation. The Plan shall not be completed until the goals of the Plan have been achieved. The total length of the Plan shall not exceed sixty (60) months.

☐ C. Plan confirmation is on an interim basis only as a form of adequate protection. The Trustee is authorized to distribute to secured and priority creditors with percentage fees. *A final plan conciliation conference will be held on at , in .* If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

☐ D. Plan confirmation is subject to the resolution of all actions to determine the avoidability, priority, or extent of liens; including determination of the allowed amount of secured claims under *11 U.S.C. §506*, disputes over the amount and allowance of claims entitled to priority under *11 U.S.C. §507*, and all objections to claims.

☐ E. The allowed claims of general unsecured creditors shall be paid from available funds on a pro rata basis, which may represent an increase or decrease in the amount projected in the Plan.

☐ F.  shall be paid monthly payments of $ beginning with the Trustee's distribution and continuing for the duration of the plan term, to be applied by that creditor to it's administrative claim, budget payments and/or security deposit. These payments shall be at the third distribution level.

☐ G. The claims of the following creditors shall govern as to amount, classification and rate of interest (or as otherwise noted), unless the Debtor(s) successfully objects to the claim: .

☒ H. Additional Terms: The Trustee's Certificate of Default to Dismiss [Dkt. No. 53] is resolved by this confirmation order on the amended plan.

Fee application needed if any fee (including retainer) exceeds $4,000 including any fees paid to prior counsel.

*(2.)  IT IS FURTHER ORDERED THAT THE FOLLOWING DEADLINES ARE ESTABLISHED:*

**A.   Objections to the Plan.** Pursuant to *Fed.R.Bankr.P. 2002(b)*, this Order shall not become final for a period of twenty−eight (28) days. Any party in interest with an objection to any provision of this Confirmation Order must file a written objection within that twenty−eight (28) day period. Failure to timely object shall be deemed a waiver of all objections and an acceptance of the provisions of this confirmed Plan. The Trustee may disburse funds pursuant to this confirmation order upon it's entry.

**B.   Applications to retain brokers, sales agents, or other professionals.** If the Plan contemplates sales of assets or litigation proceeds as a source of funding, Debtor(s) shall file motion(s) to employ the necessary professionals within thirty (30) days hereof.

**C.   Review of Claims Docket and Objections to Claims.** Pursuant to *W.PA.LBR 3021−1(c)(2)*, the Debtor or Debtor's attorney, if represented, shall review the proofs of claim filed and shall file objections to any disputed claims within ninety (90) days after the claims bar date or, for late filed or amended claims, within ninety (90) days after they are filed and served. Absent an objection, the proof of claim will govern as to the classification and amount of the claim. Objections filed after the ninety (90) days specified herein shall be deemed untimely.

**D.   Motions or Complaints Pursuant to §§506, 507 or 522.** All actions to determine the priority, avoidability, or extent of liens, all actions pursuant to *11 U.S.C. §§506, 507 and 522* shall be filed within ninety (90) days after the claims bar date.

**E.   Filing Amended Plans.** Within fourteen (14) days after the Bankruptcy Court resolves the priority, avoidability, or extent of a lien, or any objection to claim, the Debtor(s) shall file an amended Plan to provide for the allowed amount of the claim if the allowed amount differs from the amount stated in the plan. Debtor(s) shall also file an amended Plan within thirty (30) days after the claims bar date(s) in the event that no objection is filed and the claim(s) as filed causes the Plan to be underfunded.

*(3.)* **IT IS FURTHER ORDERED THAT:**

**A.** After the claims objection deadline, the Plan shall be deemed amended to conform to the claims filed or otherwise allowed. If the Plan expressly modified the terms of payment to any creditor pursuant to *11 U.S.C. §1322(b)(2)*, nothing in this Order shall be construed to change the payment terms established in the Plan.

**B.** Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

**C.** Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' counsel and Debtor(s) at least twenty-one (21) days prior to the change taking effect.

**D.** Debtor's counsel must file a fee application in accordance with *W.PA.LBR 2016-1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

**E.** The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default. If the default involves failure to make a plan payment the case will result in dismissal without further hearing upon filing and service of an *Affidavit of Default* by the Trustee. The Trustee is not precluded from raising pre-confirmation defaults in any subsequent motion to dismiss.

**F.** In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any *secured claim* that is secured by the subject property, unless directed otherwise by further Order of Court.

Gregory L. Taddonio, Judge
United States Bankruptcy Court

Dated: January 22, 2021

cc: All Parties in Interest to be served by Clerk in seven (7) days

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 18-22880-GLT

Mattie M. David  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: jhel      Page 1 of 4

Date Rcvd: Jan 22, 2021      Form ID: 149      Total Noticed: 62

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 24, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mattie M. David, 54 Areford Boulevard, Uniontown, PA 15401-4659 |
| cr | + | WEI Mortgage LLC, RAS Crane LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 14883966 | | BYL Collection Services, LLC, P.O. Box 569, Malvern, PA 19355-0569 |
| 14883964 | | Barclays Bank, P.O. Box 8802, Wilmington, DE 19899-8802 |
| 14883970 | + | Citi Card, P.O. Box 6500, Sioux Falls, SD 57117-6500 |
| 14921978 | + | Citibank, N.A., Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0493 |
| 14883972 | + | Credit Collections, USA, 16 Distributor Drive--Suite 1, Morgantown, WV 26501-0121 |
| 14883982 | ++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222 address filed with court:, Macy's American Express, Bankruptcy Processing, P.O. Box 8053, Mason, OH 45040 |
| 14892561 | + | E-Z Pass Customer Service, 7631 Derry Street, Harrisburg, PA 17111-5286 |
| 14894300 | ++ | FORD MOTOR CREDIT COMPANY, P O BOX 62180, COLORADO SPRINGS CO 80962-2180 address filed with court:, Ford Motor Credit Company LLC, P. O. Box 62180, Colorado Springs, CO 80962 |
| 14883974 | + | Fayette Physician Network, P.O. Box 4640, Rutherford, NJ 07070-0464 |
| 14883976 | | Foundation Radiology Group, PC, 75 Remittance Drive #3310, Chicago, IL 60675-1001 |
| 15311303 | | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 14883977 | | Health Care Solutions, P.O. Box 3037, Sharon, PA 16146-5037 |
| 14883978 | + | Home Depot, P.O. Box 790328, Saint Louis, MO 63179-0328 |
| 14892563 | + | Laurel Physiatry, 269 South Mount Vernon Avenue, Uniontown, PA 15401-4178 |
| 14883984 | + | MMS Endodontics, 9000 Coombs Farm Drive--#304, Morgantown, WV 26508-1150 |
| 14883985 | | NovaSom, 75 Remittance Drive--Dept. 6583, Chicago, IL 60675-6583 |
| 14883986 | + | Oliverio Ear Nose & Throat, 10 Highland Park Drive, Uniontown, PA 15401-8926 |
| 14892564 | | Peerless Credit Services, Inc., P.O. Box 518, Middletown, PA 17057-0518 |
| 14892565 | | Professional Account Management, P.O. Box 1153, Milwaukee, WI 53201-1153 |
| 14883994 | | Shaw Financial Solutions/Synchrony Bank, Attention: Bankruptcy Department, P.O. Box 965036, Orlando, FL 32896-5061 |
| 14883995 | + | Southwestern Endoscopy Center, 300 Spring Creek Lane--Lower Level, Uniontown, PA 15401-9069 |
| 14883996 | | Southwestern Gastrointestinal Specialist, 300 Spring Creek Lane--Upper Level, Uniontown, PA 15401-9069 |
| 14883998 | | Target National Bank, c/o Target Card Services, P.O. Box 1581, Minneapolis, MN 55440-1581 |
| 14884000 | + | Transworld Systems, Inc., P.O. Box 17221, Wilmington, DE 19850-7221 |
| 14914854 | | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14892566 | + | UPMC Health Services, 2 Hot Metal StreetDist. Room 386, Pittsburgh, PA 15203-2348 |
| 14914853 | | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14884001 | | Uniontown Hospital, 500 West Berkeley Street, Uniontown, PA 15401-5596 |
| 14892567 | + | Virtuox, Inc., P.O. Box 741637, Atlanta, GA 30384-0001 |

TOTAL: 31

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 14883963 | Email/Text: ebn@americollect.com | Jan 23 2021 03:19:00 | Americollect, Inc., P. O. Box 1690, Manitowoc, WI 54221-1690 |
| 15180632 + | Email/Text: cashiering-administrationservices@flagstar.com | Jan 23 2021 03:19:00 | Arc Home LLC (f/k/a WEI Mortgage LLC), c/o Flagstar Bank FSB, 5151 Corporate Drive, Troy MI 48098-2639 |
| 14883965 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 23 2021 03:18:00 | Bon Ton/Comenity Bank, Bankruptcy Department, |

Case 18-22880-GLT   Doc 69   Filed 01/24/21   Entered 01/25/21 00:36:21   Desc Imaged
Certificate of Notice   Page 5 of 7

| District/off: 0315-2 | User: jhel | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jan 22, 2021 | Form ID: 149 | Total Noticed: 62 |

| | | | |
|---|---|---|---|
| | | | P.O. Box 182125, Columbus, OH 43218-2125 |
| 14883967 | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jan 23 2021 03:47:38 | Capital One, c/o TSYS Total Debt Management, P.O. Box 5155, Norcross, GA 30091 |
| 14897302 | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jan 23 2021 03:42:47 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14883968 | Email/PDF: gecsedi@recoverycorp.com | Jan 23 2021 03:47:30 | CareCredit/Synchrony Bank, Attn: Bankruptcy Department, P.O. Box 965061, Orlando, FL 32896-5061 |
| 14883971 | + Email/Text: bankruptcy_notifications@ccsusa.com | Jan 23 2021 03:19:00 | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 14922839 | Email/Text: bnc-quantum@quantum3group.com | Jan 23 2021 03:18:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14883973 | Email/Text: mrdiscen@discover.com | Jan 23 2021 03:18:00 | Discover, P.O. Box 30421, Salt Lake City, UT 84130-0421 |
| 14887582 | Email/Text: mrdiscen@discover.com | Jan 23 2021 03:18:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14892562 | + Email/Text: bankruptcy@erieinsurance.com | Jan 23 2021 03:19:00 | Erie Insurance Group, 100 Erie Insurance Place, Erie, PA 16530-0001 |
| 14883979 | Email/PDF: gecsedi@recoverycorp.com | Jan 23 2021 03:47:29 | Home Design/Synchrony Bank, Attention: Bankruptcy Department, P.O. Box 965061, Orlando, FL 32896-5061 |
| 14883969 | Email/PDF: ais.chase.ebn@americaninfosource.com | Jan 23 2021 03:47:34 | Chase, P.O. Box 15298, Wilmington, DE 19850-5298 |
| 14919922 | Email/PDF: resurgentbknotifications@resurgent.com | Jan 23 2021 03:36:22 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14883980 | Email/PDF: gecsedi@recoverycorp.com | Jan 23 2021 03:42:43 | Levin Furniture/Synchrony Bank, Bankruptcy Department, P.O. Box 965061, Orlando, FL 32896-5061 |
| 14883981 | Email/PDF: gecsedi@recoverycorp.com | Jan 23 2021 03:42:43 | Lowe's/Synchrony Bank, Attn: Bankruptcy Deptartment, P.O. Box 965060, Orlando, FL 32896-5060 |
| 14883989 | Email/Text: Bankruptcy.Notices@pnc.com | Jan 23 2021 03:18:00 | PNC Bank, P.O. Box 609, Pittsburgh, PA 15230-0609 |
| 14919338 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 23 2021 03:36:14 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14884711 | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 23 2021 03:36:13 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14919847 | + Email/Text: bankruptcynotices@psecu.com | Jan 23 2021 03:19:00 | PSECU, PO BOX 67013, HARRISBURG, PA 17106-7013 |
| 14883987 | Email/PDF: gecsedi@recoverycorp.com | Jan 23 2021 03:35:54 | Paypal Buyer Credit/Synchrony Bank, Attn: Bankruptcy Department, P.O. Box 965060, Orlando, FL 32896-5060 |
| 14883988 | Email/Text: bankruptcynotices@psecu.com | Jan 23 2021 03:19:00 | Pennsylvania State Employees Credit Un., 1 Credit Union Place, P.O. Box 67013, Harrisburg, PA 17106-7013 |
| 14918529 | Email/Text: bnc-quantum@quantum3group.com | Jan 23 2021 03:18:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14883990 | + Email/Text: EBN_IndianapolisIMC@receivemorermp.com | Jan 23 2021 03:19:00 | Receivables Management Partners, LLC, P.O. Box 329, Temple, PA 19560-0329 |
| 14883997 | Email/Text: amieg@stcol.com | Jan 23 2021 03:18:00 | State Collection Service, Inc., 2509 South Stoughton Road, P.O. Box 6250, Madison, WI |

Case 18-22880-GLT   Doc 69   Filed 01/24/21   Entered 01/25/21 00:36:21   Desc Imaged
Certificate of Notice   Page 6 of 7

| District/off: 0315-2 | User: jhel | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jan 22, 2021 | Form ID: 149 | Total Noticed: 62 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 53716-0250 |
| 14883991 | | Email/PDF: gecsedi@recoverycorp.com | Jan 23 2021 03:42:43 | Sam's Club Master Card/Synchrony Bank, Attention: Bankruptcy Department, P.O. Box 965060, Orlando, FL 32896-5060 |
| 14883992 | | Email/PDF: gecsedi@recoverycorp.com | Jan 23 2021 03:42:43 | Sam's Club/Synchrony Bank, Attention: Bankruptcy Department, P.O. Box 965060, Orlando, FL 32896-5060 |
| 14883993 | | Email/Text: bkteam@selenefinance.com | Jan 23 2021 03:18:00 | Selene Finance, Attn: Bankruptcy Department, P.O. Box 422039, Houston, TX 77242-4239 |
| 14923298 | + | Email/Text: bncmail@w-legal.com | Jan 23 2021 03:19:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14883999 | | Email/PDF: gecsedi@recoverycorp.com | Jan 23 2021 03:47:30 | TJX Rewards Master Card/Synchrony Bank, Attention: Bankruptcy Department, P.O. Box 965060, Orlando, FL 32896-5060 |
| 14922028 | + | Email/Text: bkteam@selenefinance.com | Jan 23 2021 03:18:00 | WEI Mortgage LLC, c/o Selene Finance, LP, Attn: BK Dept, 9990 Richmond Ave. Suite 400 South, Houston, TX 77042-4546 |

TOTAL: 31

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | ARC Home LLC. |
| cr | | Ford Motor Credit Company, LLC |
| cr | *+ | FREEDOM MORTGAGE CORPORATION, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14883983 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222, address filed with court:, Macy's Visa, Bankruptcy Processing, P.O. Box 8053, Mason, OH 45040 |
| 14883975 | *P++ | FORD MOTOR CREDIT COMPANY, P O BOX 62180, COLORADO SPRINGS CO 80962-2180, address filed with court:, Ford Motor Credit Company, LLC, National Bankruptcy Service Center, P.O. Box 62180, Colorado Springs, CO 80962 |

TOTAL: 2 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 24, 2021          Signature:          /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 22, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor ARC Home LLC. bnicholas@kmllawgroup.com |
| Daniel R. White | |

District/off: 0315-2     User: jhel     Page 4 of 4
Date Rcvd: Jan 22, 2021     Form ID: 149     Total Noticed: 62

on behalf of Debtor Mattie M. David sheila@zeblaw.com;r63228@notify.bestcase.com;elisa@zeblaw.com;gianna@zeblaw.com

Kevin M Buttery
    on behalf of Creditor WEI Mortgage LLC kbuttery@rascrane.com

Mario J. Hanyon
    on behalf of Creditor FREEDOM MORTGAGE CORPORATION wbecf@brockandscott.com mario.hanyon@brockandscott.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Sindi Mncina
    on behalf of Creditor WEI Mortgage LLC smncina@rascrane.com

TOTAL: 7