FILED
1/27/21 9:53 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: : | Case No. 18-22880-GLT |
| : | Chapter 13 |
| **MATTIE M. DAVID**, : | |
| *Debtor,* : | |
| : | |
| **FREEDOM MORTGAGE CORP.**, : | Related to Dkt. Nos.: 63, 70 |
| *Movant,* : | |
| v. : | |
| **MATTIE M. DAVID**, : | |
| *Respondents*. : | |

## ORDER

On January 22, 2021, the *Motion for Nunc Pro Tunc Relief From the Automatic Stay in Order to Proceed with Mortgage Forbearance* [Dkt. No.63] ("Motion") filed by Freedom Mortgage Corporation was filed, seeking an order for mortgage forbearance. The Court entered the *Court's Order* granting the motion on January 26, 2021 [Dkt. No. 71]. A *Response* [Dkt. No. 70] filed by Debtor is requesting the Motion be denied.

It is therefore, **ORDERED, ADJUDGED**, and **DECREED** that:

The Court's Order [Dkt. No. 71] is hereby VACATED. The hearing will be scheduled for **March 10, 2021** at **9:00 a.m.** before Judge Taddonio by Zoom Video Conference. All parties wishing to appear at the Video Conference Hearing must pre-register by submitting a registration form via the link published on Judge Taddonio's website by no later than **4 p.m. on the business day prior to the scheduled hearing.** Because the registration form is unique to

each hearing date, participants must register using the link that corresponds to the correct hearing date.

Dated: January 27, 2021

_____
GREGORY L. TADDONIO    jah
UNITED STATES BANKRUPTCY JUDGE

<u>Case Administrator to Mail to:</u>
Debtor
Daniel White, Esq.
Mario Hanyon, Esq.

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-22880-GLT |
| Mattie M. David | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: dpas | Page 1 of 2 |
| Date Rcvd: Jan 27, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 29, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Mattie M. David, 54 Areford Boulevard, Uniontown, PA 15401-4659 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 29, 2021    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 27, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor ARC Home LLC. bnicholas@kmllawgroup.com |
| Daniel R. White | on behalf of Debtor Mattie M. David sheila@zeblaw.com;r63228@notify.bestcase.com;elisa@zeblaw.com;gianna@zeblaw.com |
| Kevin M Buttery | on behalf of Creditor WEI Mortgage LLC kbuttery@rascrane.com |
| Mario J. Hanyon | on behalf of Creditor FREEDOM MORTGAGE CORPORATION wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | |

cmecf@chapter13trusteewdpa.com

Sindi Mncina

on behalf of Creditor WEI Mortgage LLC smncina@rascrane.com

TOTAL: 7