FILED
3/10/21 2:52 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 18-22880-GLT |
|  | : | Chapter: | 13 |
| Mattie M. David | : |  |  |
|  | : |  |  |
|  | : | Date: | 3/10/2021 |
| *Debtor(s).* | : | Time: | 09:00 |

## PROCEEDING MEMO

***MATTER:***  #63 Motion for Relief from Stay NUNC PRO TUNC IN ORDER TO PROCEED WITH MORTGAGE FORBEARANCE filed by Freedom Mortgage Corporation
#70 - Response filed by Debtor

***APPEARANCES***:
Debtor:   Daniel R. White
Freedom:  Mario Hanyon

***NOTES:*** (9:11)

White: We're still trying to get the records in order for this to make sense. There's an amended plan calculating these supposedly missed payments, but maybe we need to do a recalculation. The debtor isn't opposed to a forbearance, we just need to know where the payment are being applied.

Hanyon: I have nothing further to add. We'd like to continue for 60 days.

Court: I will continue to May 19 and will want a status report by May 14 showing what issues remain outstanding.

***OUTCOME:***

1. Freedom Mortgage Corporation's *Motion for Relief from Stay NUNC PRO TUNC IN ORDER TO PROCEED WITH MORTGAGE FORBEARANCE* [Dkt. No. 63] is CONTINUED to May 19, 2021 at 9 a.m.  On or before May 14, 2021, the parties shall file a joint status report outlining what issues remain outstanding. [Text Order to Issue]

***DATED:*** 3/10/2021