# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA (Pittsburgh)

| | |
|---|---|
| IN RE:<br>MATTIE M DAVID | Case No. 18-22880-GLT |
| Debtor | |
| Freedom Mortgage Corporation,<br>Movant | Chapter 13 |
| vs.<br>MATTIE M DAVID<br>and<br>Ronda J. Winnecour, ESQUIRE (TRUSTEE)<br>Respondents | 11 U.S.C. §362 |

## ORDER

**AND NOW**, this _____ day of _____, 2021, it is hereby **ORDERED** that the corresponding Stipulation is hereby approved, shall be, and is hereby made an Order of this Court.

_____
Honorable Gregory L. Taddonio
United States Bankruptcy Judge