FILED
6/9/21 2:16 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA (PITTSBURGH)

| | |
|---|---|
| IN RE:<br>MATTIE M DAVID<br>    Debtor | Case No. 18-22880-GLT |
| FREEDOM MORTGAGE CORPORATION<br>    Movant<br>v.<br>MATTIE M DAVID<br>    Respondent | Chapter 13<br><br>Related to Dkt. No. 63<br><br><br><br>11 U.S.C. §362 |

## STIPULATION IN SETTLEMENT
## OF MOTION FOR NUNC PRO TUNC RELIEF FROM THE STAY
## IN ORDER TO PROCEED WITH MORTGAGE FORBEARANCE

1. Movant is Freedom Mortgage Corporation, a secured creditor holding a mortgage on the property located at 54 Areford Blvd., Uniontown, Pa 15401. Movant filed a proof of claim on September 27, 2018, Claim No. 15.

2. Respondent is Mattie M. David, who filed a Chapter 13 on July 20, 2018.

3. Respondent applied for and Movant approved a forbearance of Respondent's ongoing regular monthly mortgage payments pursuant to the CARES Act. The approved forbearance period was March 2020 through December 2020.

4. Movant filed a Motion for Nunc Pro Tunc Relief From The Stay In Order To Proceed With Mortgage Forbearance on January 22, 2021, Doc. No. 63 ("Motion").

5. Respondent filed a Response to the Motion on January 26, 2021, Doc. No. 70.

6. A hearing on the Motion was held on March 10, 2021 and continued to May 19, 2021, and after the May 19, 2021 hearing a stipulation to resolve the matter is due on or before May 26, 2021. Doc. No. 79.

7. In the interim, the Parties confirmed that Respondent continued to make conduit payments during the forbearance period, and it was agreed by the Parties that the payments made should be applied to the forborne dates.

8. However, after application of the payments, Respondent still has a post-petition delinquency to Movant for payments due July 2020 and each month thereafter.

9. Accordingly, Respondent wishes to enter into a forbearance for the payments due July 2020 through December 2020, and/or a obtain loan modification to bring the account current.

10. Therefore, the Parties agrees as follow:

   a. Movant's Motion filed at Doc. No. 63 is granted;

   b. Respondent will apply for another forbearance and Movant will timely review same, specifically for the requested timeframe of July 2020 to December 2020.

   c. Respondent may also apply for a loan modification and Movant will timely review same to determine Respondent's eligibility to permanently modify the loan and bring both the pre and post-petition arrears current.

Dated: May 26, 2021

/s/ Mario Hanyon
Mario Hanyon, Esquire
Attorney for Movant

/s/ Daniel R. White
Daniel R. White, Esquire
Attorney for Respondent/Debtor

SO ORDERED
June 09, 2021

_____
GREGORY L. TADDONIO jah
UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-22880-GLT |
| Mattie M. David | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: dpas | Page 1 of 2 |
| Date Rcvd: Jun 09, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 11, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Mattie M. David, 54 Areford Boulevard, Uniontown, PA 15401-4659 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 11, 2021     Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 9, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor ARC Home LLC. bnicholas@kmllawgroup.com |
| Daniel R. White | on behalf of Debtor Mattie M. David sheila@zeblaw.com;r63228@notify.bestcase.com;elisa@zeblaw.com;gianna@zeblaw.com |
| Kevin M Buttery | on behalf of Creditor WEI Mortgage LLC kbuttery@rascrane.com |
| Mario J. Hanyon | on behalf of Creditor FREEDOM MORTGAGE CORPORATION wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

Sindi Mncina
               on behalf of Creditor WEI Mortgage LLC smncina@rascrane.com

TOTAL: 7