IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| Mattie M. David, | : | Case No. 18-22880 GLT |
| | : | |
| Debtor. | : | Document No. ___ |
| | : | |
| | : | Related to Document Nos. 93 & 94 |
| | : | |

CERTIFICATE OF SERVICE OF DEBTOR'S NOTICE OF PROPOSED MODIFICATION TO CONFIRMED PLAN, AMENDED CHAPTER 13 PLAN DATED SEPTEMBER 3, 2021 , AND COURT"S ORDER DATED SEPTEMBER 7, 2021

I, Daniel R. White, Attorney for Debtor, certify that on September 8, 2021, a copy of Debtor's Notice of Proposed Modification to Confirmed Plan, and Amended Chapter 13 Plan dated September 3, 2021, and Court's Order dated September 7, 2021, were served upon Ronda J. Winnecour, Chapter 13 Trustee, and upon all creditors listed on the attached clerk's mailing matrix.

Method of service: first class, postage prepaid.
Total number of parties served: 68
Number of pages sent per party: 9
Date executed: September 8, 2021

ZEBLEY MEHALOV & WHITE, P.C.

BY/s/ Daniel R. White
Daniel R. White
PA I.D. No. 78718
P.O. Box 2123
Uniontown, PA 15401
724-439-9200
dwhite@Zeblaw.com
Attorney for Debtor