**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**
*Pittsburgh Division*

| | |
|---|---|
| IN RE: <br> MATTIE M DAVID | Case No. 18-22880-GLT <br> Chapter 13 |
| Freedom Mortgage Corporation, <br><br>       Movant | <br> Hearing Date: 10/14/2021 <br><br> Hearing Time: 11:30 AM <br><br> Objection Date: TBD |
| vs. <br><br> MATTIE M DAVID, <br>       Debtor <br><br><br> Ronda J. Winnecour <br>       Respondent | |

**OBJECTION TO CONFIRMATION
OF DEBTOR'S CHAPTER 13 PLAN**

Freedom Mortgage Corporation ("Movant"), by and through its undersigned counsel, files

this *Objection to Confirmation of Debtor's Chapter 13 Plan* (Doc 93), and states as follows:

1.      The Debtor filed a voluntary petition pursuant to Chapter 13 of the Bankruptcy

Code on July 20, 2018.

2.      Movant holds a security interest in the Debtor's real property located at 54 Areford

Blvd, Uniontown, PA 15401 (the "Property"), by virtue of a Mortgage which is recorded in Official

Records of Fayette County, Pennsylvania.

3.      The Debtor filed a Chapter 13 Plan (the "Plan") on September 7, 2021 (Doc 93), to

which Movant objects for the following reasons:

4.      Movant filed a Proof of Claim in this case on January 17, 2020 (Claim No. 15-2).

5.      The Plan includes payments toward the Note and Mortgage with Movant, however the figures used by the Debtor(s) are inaccurate and do not conform to Movant's timely-filed Proof of Claim.  The correct pre-petition arrearage due Movant is $1,194.50, whereas the Plan does proposes to pay only $1,194.50, however, the notice section of the amended plan indicates that post petition forbearance arrears will be paid through the Plan, but does not update Section 3.1 properly to reflect post petition arrearage amount. Therefore, the Plan is not in compliance with the requirements of 11 U.S.C. §§ 1322(b)(3) and 1325(a)(5) and cannot be confirmed.

**WHEREFORE**, Movant respectfully requests the entry of an Order which denies confirmation of the Plan unless such plan is amended to overcome the objections of Movant as stated herein, and for such other and further relief as the Court may deem just and proper.

*/s/ Mario Hanyon*
Mario Hanyon
(Bar No. 203993)
Attorney for Creditor
BROCK & SCOTT, PLLC
302 Fellowship Road, Ste 130
Mount Laurel, NJ 08054
Telephone:  844-856-6646 x4560
Facsimile:  704-369-0760
E-Mail:  pabkr@brockandscott.com

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**
*Pittsburgh Division*

| | |
|---|---|
| IN RE: <br> MATTIE M DAVID | Case No. 18-22880-GLT <br> Chapter 13 |
| Freedom Mortgage Corporation, <br>       Movant | Hearing Date: 10/14/2021 <br><br> Hearing Time: 11:30 AM <br><br> Objection Date: TBD |
| vs. <br><br> MATTIE M DAVID, <br>       Debtor <br><br><br> Ronda J. Winnecour <br>       Respondent | |

**CERTIFICATE OF SERVICE OF OBJECTION TO CONFIRMATION OF DEBTOR(S)'
CHAPTER 13 PLAN**

I certify under penalty of perjury that on <u>October 5, 2021</u>, I served or caused to be served the  OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN  on the parties at the addresses shown below or on the attached list.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was:

<u>Via CM/ECF electronic notice:</u>

| | |
|---|---|
| Zebley Mehalov & White, P.C. | Ronda J. Winnecour |
| 18 Mill Street Square | Suite 3250, USX Tower |
| Post Office Box 2123 | 600 Grant Street |
| Uniontown, PA 15401 | Pittsburgh, PA 15219 |
| *Counsel for Debtor* | *Chapter 13 Trustee* |

*Bankruptcy Administrator*

<u>Via First Class Mail</u>:

MATTIE M DAVID                              Ronda J. Winnecour
54 AREFORD BLVD                            Suite 3250, USX Tower
UNIONTOWN, PA 15401                        600 Grant Street
*Debtor*                                   Pittsburgh, PA 15219
                                           *Chapter 13 Trustee*

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, names and addresses of parties served by electronic notice will be listed under the heading "Via CM/ECF electronic notice" and those served by mail will be listed under the heading "Via First Class Mail".

EXECUTED ON: <u>October 4, 2021</u>

*/s/ Mario Hanyon*
Mario Hanyon
(Bar No. 203993)
Attorney for Creditor
BROCK & SCOTT, PLLC
302 Fellowship Road, Ste 130
Mount Laurel, NJ 08054
Telephone:  844-856-6646 x4560
Facsimile:  704-369-0760
E-Mail:  pabkr@brockandscott.com

**PAWB Local Form 7 (07/13)**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**
*Pittsburgh Division*

| | |
|---|---|
| IN RE:<br>MATTIE M DAVID<br><br>Freedom Mortgage Corporation,<br>   Movant<br><br><br><br><br>vs.<br><br>MATTIE M DAVID,<br>   Debtor<br><br><br>Ronda J. Winnecour<br>   Respondent | Case No. 18-22880-GLT<br>Chapter 13<br><br><br>Hearing Date: 10/14/2021<br><br>Hearing Time: 11:30 AM<br><br>Objection Date: TBD |

**ORDER**

AND NOW, this _____ day of _____, 2021, upon consideration of Freedom Mortgage Corporation's Objection to Confirmation of Debtor's Chapter 13 Plan and any response thereto (if any), it is:

**ORDERED AND DECREED:** that Objection to Confirmation of Debtor(s)' Chapter 13 Plan is denied.

_____
Honorable Gregory L. Taddonio
United States Bankruptcy Court Judge