# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

FILED
10/15/21 1:00 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## Conciliation Conference:

**Debtor:** MATTIE M. DAVID
**Case Number:** 18-22880-GLT    **Chapter:** 13
**Date / Time / Room:** THURSDAY, OCTOBER 14, 2021 11:30 AM 3251 US STEEL
**Hearing Officer:** CHAPTER 13 TRUSTEE

## Matter:

#93 - Amended Plan Dated 9/3/2021 (FC)
#101- Objection filed by Freedom Mortgage Corp
R / M #: 93 / 0

## Appearances:

**Debtor:** White
**Trustee:** (Winnecour) / Warmbrodt / Katz / DeSimone
**Creditor:** Mario Hanyon - Freedom mtg

## Proceedings:

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to 12/2/21 at 11:30.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

10/6/2021   9:59:35AM