FILED
1/7/22 12:43 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**
*Pittsburgh Division*

| | |
|---|---|
| IN RE:<br>MATTIE M DAVID | Case No. 18-22880-GLT |
| FREEDOM MORTGAGE CORPORATION<br><br>     Movant<br><br>vs.<br><br>MATTIE M DAVID<br>     Debtor | Chapter 13<br><br>Conciliation Conference 1/6/2022<br><br>1:30 PM<br><br>Related to Docket No. 106 |

**ORDER**

**AND NOW**, this  7th Day of January, 2022  , it is hereby **ORDERED** that the corresponding Stipulation is hereby approved, shall be, and is hereby made an Order of this Court.

_____
Honorable Gregory L. Taddonio
United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                  Case No. 18-22880-GLT

Mattie M. David                                                                                 Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                              User: dpas                              Page 1 of 2
Date Rcvd: Jan 07, 2022                    Form ID: pdf900                        Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 09, 2022:**

**Recip ID            Recipient Name and Address**
db              +  Mattie M. David, 54 Areford Boulevard, Uniontown, PA 15401-4659

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 09, 2022                              Signature:           /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 7, 2022 at the address(es) listed below:**

**Name**                                    **Email Address**
Brian Nicholas
    on behalf of Creditor ARC Home LLC. bnicholas@kmllawgroup.com

Daniel R. White
    on behalf of Debtor Mattie M. David sheila@zeblaw.com;r63228@notify.bestcase.com;elisa@zeblaw.com;gianna@zeblaw.com

Kevin M Buttery
    on behalf of Creditor WEI Mortgage LLC kbuttery@rascrane.com

Mario J. Hanyon
    on behalf of Creditor FREEDOM MORTGAGE CORPORATION wbecf@brockandscott.com
    mario.hanyon@brockandscott.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour

District/off: 0315-2     User: dpas     Page 2 of 2
Date Rcvd: Jan 07, 2022     Form ID: pdf900     Total Noticed: 1

cmecf@chapter13trusteewdpa.com

Sindi Mncina
on behalf of Creditor WEI Mortgage LLC smncina@rascrane.com

TOTAL: 7