**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

02/13/2023

IN RE:

| | |
|---|---|
| MATTIE M. DAVID<br>54 AREFORD BOULEVARD<br>UNIONTOWN, PA  15401<br>XXX-XX-0793          Debtor(s) | Case No.18-22880 GLT<br><br>Chapter 13 |

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

　　　NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

　　　This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case.  This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders.  Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

　　　This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan.  Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

　　　The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed.  Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee.  To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known . In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to

which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

2/13/2023

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account |
|---|---|---|
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA 23541 | Trustee Claim Number: 1   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: SAMS CLUB/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: 0749 |
| **RAS CRANE LLC**<br>10700 ABOTT'S BRIDGE RD STE 170<br>DULUTH, GA 30097 | Trustee Claim Number: 2   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: WEI MORT/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **FORD MOTOR CREDIT COMPANY LLC(*)**<br>DEPT 55953<br>PO BOX 55000<br>DETROIT, MI 48255-0953 | Trustee Claim Number: 3   INT %: 0.00%<br>Court Claim Number: 2-4<br>CLAIM: 5,731.52<br>COMMENT: RS/DOE*SURR/PL*AMD CL=$0 SEC*W/53,56 | CRED DESC: VEHICLE<br>ACCOUNT NO.: 5023 |
| **CREDITOR INFORMATION MISSING OR VAGUE**<br>NEED VERIFICATION | Trustee Claim Number: 4   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: OUTSIDE/PL*ND ADR~LEVIN 401K/SCH | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: |
| **CREDITOR INFORMATION MISSING OR VAGUE**<br>NEED VERIFICATION | Trustee Claim Number: 5   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: OUTSIDE/PL*ND ADR~LEVIN 401K/SCH | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: |
| **CREDITOR INFORMATION MISSING OR VAGUE**<br>NEED VERIFICATION | Trustee Claim Number: 6   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: OUTSIDE/PL*ND ADR~LEVIN 401K/SCH | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: |
| **FREEDOM MORTGAGE CORPORATION**<br>ATTN PAYMENT PROCESSING<br>10500 KINCAID DR<br>FISHERS, IN 46037 | Trustee Claim Number: 7   INT %: 0.00%<br>Court Claim Number: 15-2<br>CLAIM: 0.00<br>COMMENT: PMT/DECL*DK4PMT-LMT*BGN 8/18*AMD*FR WEI*D48*FR ARC*D59*RS VACATED/O | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 8102 |
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 12914<br>NORFOLK, VA 23541 | Trustee Claim Number: 8   INT %: 0.00%<br>Court Claim Number: 13<br>CLAIM: 1,261.39<br>COMMENT: BARCLAYS BANK DE/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2094 |
| **QUANTUM3 GROUP LLC AGNT - COMENITY BAN**<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | Trustee Claim Number: 9   INT %: 0.00%<br>Court Claim Number: 7<br>CLAIM: 462.39<br>COMMENT: COMENITY BANK~BON TON/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7312 |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INF**<br>PO BOX 71083<br>CHARLOTTE, NC 28272-1083 | Trustee Claim Number: 10   INT %: 0.00%<br>Court Claim Number: 3<br>CLAIM: 4,059.59<br>COMMENT: 3838, 6553 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3838 |

| Creditor | Claim Info | Description |
|---|---|---|
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INF** <br> PO BOX 71083 <br><br> CHARLOTTE, NC 28272-1083 | Trustee Claim Number: 11  INT %: 0.00% <br> Court Claim Number: 4 <br><br> CLAIM: 2,637.00 <br> COMMENT: 5361, 2396 | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 5361 |
| **PRA/PORTFOLIO RECOVERY ASSOC** <br> POB 12914 <br><br> NORFOLK, VA 23541 | Trustee Claim Number: 12  INT %: 0.00% <br> Court Claim Number: 10 <br><br> CLAIM: 2,741.47 <br> COMMENT: SYNCHRONY BANK~CARE CREDIT/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 5640 |
| **CHASE(*)** <br> C/O JPMORGAN CHASE BANK NA <br> PO BOX 15368 <br><br> WILMINGTON, DE 19850 | Trustee Claim Number: 13  INT %: 0.00% <br> Court Claim Number: <br><br> CLAIM: 0.00 <br> COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 9240 |
| **LVNV FUNDING LLC, ASSIGNEE** <br> C/O RESURGENT CAPITAL SVCS <br> POB 10587 <br><br> GREENVILLE, SC 29603-0587 | Trustee Claim Number: 14  INT %: 0.00% <br> Court Claim Number: 12 <br><br> CLAIM: 2,999.63 <br> COMMENT: CITIBANK | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 4380 |
| **DISCOVER BANK(*)** <br> C/O DISCOVER PRODUCTS INC <br> PO BOX 3025 <br><br> NEW ALBANY, OH 43054-3025 | Trustee Claim Number: 15  INT %: 0.00% <br> Court Claim Number: 1 <br><br> CLAIM: 4,850.34 <br> COMMENT: | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 4280 |
| **EZ PASS CUSTOMER SERVICE** <br> 7631 DERRY ST <br><br> HARRISBURG, PA 17111 | Trustee Claim Number: 16  INT %: 0.00% <br> Court Claim Number: <br><br> CLAIM: 0.00 <br> COMMENT: | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 4501 |
| **ERIE INSURANCE GROUP** <br> 100 ERIE INSURANCE PLACE <br><br> ERIE, PA 16530 | Trustee Claim Number: 17  INT %: 0.00% <br> Court Claim Number: <br><br> CLAIM: 0.00 <br> COMMENT: | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 5508 |
| **UPMC PHYSICIAN SERVICES** <br> C/O DCM SERVICES/BANKRUPTCY <br> PO BOX 1123 <br><br> MINNEAPOLIS, MN 55440 | Trustee Claim Number: 18  INT %: 0.00% <br> Court Claim Number: 6-2 <br><br> CLAIM: 560.26 <br> COMMENT: NO ACCT~FAYETTE PHYSICIAN NETWORK/SCH*AMD | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 0793 |
| **FOUNDATION RADIOLOGY GROUP** <br> PO BOX 1198 <br><br> SOMERSET, PA 15501 | Trustee Claim Number: 19  INT %: 0.00% <br> Court Claim Number: <br><br> CLAIM: 0.00 <br> COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 6499 |
| **HEALTH CARE SOLUTIONS** <br> POB 696 <br><br> SHARON, PA 16146 | Trustee Claim Number: 20  INT %: 0.00% <br> Court Claim Number: <br><br> CLAIM: 0.00 <br> COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: |

| Creditor | Claim Info | Creditor Type / Account |
|---|---|---|
| **CITIBANK NA\*\***<br>6716 GRADE LN BLDG 9 STE 910-PY DEPT<br><br>LOUISVILLE, KY 50325-3439 | Trustee Claim Number:21  INT %: 0.00%<br>Court Claim Number:14-2<br><br>CLAIM: 2,119.77<br>COMMENT: HOME DEPOT/SCH\*AMD | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8831 |
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 12914<br><br>NORFOLK, VA 23541 | Trustee Claim Number:22  INT %: 0.00%<br>Court Claim Number:8<br><br>CLAIM: 489.90<br>COMMENT: SYNCHRONY BANK~HOME DESIGN/SCH\*HH GREGG | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4843 |
| **LAUREL PHYSIATRY**<br>269 S MOUNT VERNON AVE<br><br>UNIONTOWN, PA 15401 | Trustee Claim Number:23  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: A005 |
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA 23541 | Trustee Claim Number:24  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR~LEVIN FRNTR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5627 |
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA 23541 | Trustee Claim Number:25  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR~LOWES/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4321 |
| **DEPARTMENT STORES NATIONAL BANK**<br>C/O QUANTUM3 GROUP LLC<br>PO BOX 657<br>KIRKLAND, WA 98083-0657 | Trustee Claim Number:26  INT %: 0.00%<br>Court Claim Number:16<br><br>CLAIM: 6,616.66<br>COMMENT: 6350/SCH\*MACY'S | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4635 |
| **DEPARTMENT STORES NATIONAL BANK**<br>BANKRUPTCY PROCESSING<br>PO BOX 8053<br>MASON, OH 45040 | Trustee Claim Number:27  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: MACYS/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3127 |
| **MMS ENDODONTICS++**<br>625 CHERRY TREE LN<br><br>UNIONTOWN, PA 15401 | Trustee Claim Number:28  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4464 |
| **NOVASOM**<br>801 CROMWELL PARK DR STE 108<br><br>GLEN BURNIE, MD 21061-2539 | Trustee Claim Number:29  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1291 |
| **OLIVERIO EAR NOSE & THROAT**<br>10 HIGHLAND PARK DR<br><br>UNIONTOWN, PA 15401 | Trustee Claim Number:30  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6606 |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA 23541 | Trustee Claim Number: 31  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NT ADR~PAYPAL/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8585 |
| **PA STATE EMPLOYEES CU/PSECU**<br>POB 67013<br>HARRISBURG, PA 17106-7013 | Trustee Claim Number: 32  INT %: 0.00%<br>Court Claim Number: 11 | CLAIM: 11,887.49<br>COMMENT: LOAN 0001*VISA LOAN ACCT OPENED 3/31/2017 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0793 |
| **PNC BANK NA**<br>PO BOX 94982<br>CLEVELAND, OH 44101 | Trustee Claim Number: 33  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1652 |
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA 23541 | Trustee Claim Number: 34  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NT ADR~SAMS CLUB/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0749 |
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA 23541 | Trustee Claim Number: 35  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NT ADR~SAMS CLUB/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0559 |
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 12914<br>NORFOLK, VA 23541 | Trustee Claim Number: 36  INT %: 0.00%<br>Court Claim Number: 9 | CLAIM: 1,180.98<br>COMMENT: SYNCHRONY BANK~SHAW FINANCIAL/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6776 |
| **SOUTHWESTERN ENDOSCOPY CENTER**<br>300 SPRING CREEK LN LOWER LVL<br>UNIONTOWN, PA 15401 | Trustee Claim Number: 37  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9001 |
| **SOUTHWESTERN GASTROINTESTINAL SPECIAL**<br>300 SPRING CREEK LN<br>UNIONTOWN, PA 15401 | Trustee Claim Number: 38  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6730 |
| **TD BANK USA NA\*\***<br>C/O WEINSTEIN & RILEY PS<br>PO BOX 3978<br>SEATTLE, WA 98124 | Trustee Claim Number: 39  INT %: 0.00%<br>Court Claim Number: 17 | CLAIM: 1,927.59<br>COMMENT: TARGET/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0294 |
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA 23541 | Trustee Claim Number: 40  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NT ADR~TJX/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9056 |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **UNIONTOWN HOSPITAL**<br>500 W BERKELEY ST<br><br>UNIONTOWN, PA 15401 | Trustee Claim Number: 41  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4554 |
| **UPMC HEALTH SERVICES**<br>C/O DCM SERVICES/BANKRUPTCY<br>PO BOX 1123<br>MINNEAPOLIS, MN 55440 | Trustee Claim Number: 42  INT %: 0.00%<br>Court Claim Number: 5<br>CLAIM: 118.47<br>COMMENT: NO ACCT/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0793 |
| **VIRTUOX**<br>PO BOX 741637<br><br>ATLANTA, GA 30384 | Trustee Claim Number: 43  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **AMERICOLLECT**<br>POB 1566<br><br>MANITOWOC, WI 54221-1566 | Trustee Claim Number: 44  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **BYL COLLECTION SVCS LLC**<br>301 LACEY ST<br><br>WEST CHESTER, PA 19382 | Trustee Claim Number: 45  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **CREDIT COLLECTION SERVICES**<br>725 CANTON ST<br><br>NORWOOD, MA 02062 | Trustee Claim Number: 46  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **CREDIT COLLECTIONS USA**<br>16 DISTRIBUTOR DRIVE<br>STE 1<br>MORGANTOWN, PA 26501-7209 | Trustee Claim Number: 47  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **PEERLESS CREDIT SVC**<br>POB 518<br><br>MIDDLETOWN, PA 17057 | Trustee Claim Number: 48  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **PROFESSIONAL ACCOUNT MGMT**<br>POB 391<br><br>MILWAUKEE, WI 53201-0391 | Trustee Claim Number: 49  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **RECEIVABLES MANAGEMENT PARTNERS LLC/R**<br>8085 KNUE RD<br><br>INDIANAPOLIS, IN 46250 | Trustee Claim Number: 50  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |

| Creditor | Trustee Claim # | INT % | CRED DESC | Court Claim # | Account No. | Claim | Comment |
|---|---|---|---|---|---|---|---|
| **STATE COLLECTION SERVICE INC**<br>2509 S STOUGHTON RD<br>PO BOX 6250<br>MADISON, WI 53701 | 51 | 0.00% | SPECIAL NOTICE ONLY | | | 0.00 | |
| **TRANSWORLD SYSTEMS**<br>PO BOX 17221<br>WILMINGTON, DE 19850-7221 | 52 | 0.00% | SPECIAL NOTICE ONLY | | | 0.00 | |
| **FORD MOTOR CREDIT COMPANY LLC(*)**<br>DEPT 55953<br>PO BOX 55000<br>DETROIT, MI 48255-0953 | 53 | 0.00% | VEHICLE | 2-4 | 5023 | 0.00 | RS/DOE*SURR/PL*AMD CL=$0 ARRS*W/3,56 |
| **FREEDOM MORTGAGE CORPORATION**<br>ATTN PAYMENT PROCESSING<br>10500 KINCAID DR<br>FISHERS, IN 46037 | 54 | 0.00% | MORTGAGE ARR. | 15-2 | 8102 | 1,194.50 | $CL-PL*THRU 7/18*AMD*FR WEI MRTG-DOC 48*FR ARC HOME-DOC 59*DKT |
| **KML LAW GROUP PC***<br>701 MARKET ST STE 5000<br>PHILADELPHIA, PA 19106 | 55 | 0.00% | NOTICE ONLY | | | 0.00 | FITNO~ARC HOME LLC/PRAE |
| **FORD MOTOR CREDIT COMPANY LLC(*)**<br>DEPT 55953<br>PO BOX 55000<br>DETROIT, MI 48255-0953 | 56 | 0.00% | UNSECURED CREDITOR | 2-4 | 5023 | 16,973.35 | NO GEN UNS/SCH*W/3,53 |
| **MARIO HANYON ESQ**<br>BROCK & SCOTT PLLC<br>302 FELLOWSHIP RD STE 130<br>MT LAUREL, NJ 08054 | 57 | 0.00% | NOTICE ONLY | | | 0.00 | FREEDOM MORT/PRAE |
| **FREEDOM MORTGAGE CORPORATION**<br>ATTN PAYMENT PROCESSING<br>10500 KINCAID DR<br>FISHERS, IN 46037 | 58 | 0.00% | Post Petition Claim (1305) | 15-2 | 8102 | 0.00 | PD OUTSIDE/OE-CONF*FORBEARANCE 9/20 thru 12-20 TTL 4999.48~W/7*DKT |