File No.: 7151-002

9/13/23 9:52 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Case No. 18-22880 GLT |
| | : | |
| Mattie M. David, | : | Chapter 13 |
| | : | |
| Debtor. | : | Related to Docket No. 123 |
| | : | |
| Daniel R. White and Zebley, Mehalov & White, | : | |
| | : | |
| Applicants, | : | |
| | : | |
| vs. | : | |
| | : | |
| No Respondents. | : | |

## FINAL ORDER FOR FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES

And now, this 13th Day of September, 2023, the Application of Daniel R. White and Zebley Mehalov & White for final Compensation and Reimbursement of Expenses as Counsel for the Debtor is approved for the total amount of $ 11,282.69 for services rendered on behalf of the Debtor for the period from January 17, 2018 through August 23, 2023, which represents $10,602.50 in attorney fees and $680.19 in costs. The fees/costs balance of $6,782.69 remains and shall be paid by the Chapter 13 Trustee.

Any fee balance approved by this Order, beyond the amounts approved in prior confirmed plans, shall be paid after and shall not reduce any monies due to creditors under the confirmed plan including the distribution to unsecured creditors up to the plan base. To the extent that funds have been paid by or on behalf of the Debtor beyond the plan base, the Chapter 13 Trustee is authorized to increase the plan base to be used solely to pay the attorney fees and costs approved by this Order.

If the Chapter 13 Trustee does not have sufficient funds to pay the balance in full, Counsel for the Debtor has agreed to be paid from monies already paid by or on behalf of the Debtor to the Trustee and allow the case to be closed without requiring additional payments by the Debtor. Any amount due to Debtor's Counsel beyond what is distributed by the Trustee is expressly waived by Debtor's Counsel and will not be collected from Debtor either through the plan or outside of the Bankruptcy Case.

**ENTERED BY DEFAULT**

The Clerk Shall Record the Total Award of Compensation in the amount of $11,282.69 which includes $10,602.50 in fees and $680.19 in costs.

Order prepared by Daniel R. White

By the Court,

_____
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-22880-GLT |
| Mattie M. David | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Sep 13, 2023 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 15, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Mattie M. David, 54 Areford Boulevard, Uniontown, PA 15401-4659 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 15, 2023          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 13, 2023 at the address(es) listed below:

**Name**              **Email Address**

Brian Nicholas
                       on behalf of Creditor ARC Home LLC. bnicholas@kmllawgroup.com

Daniel R. White
                       on behalf of Debtor Mattie M. David lori@zeblaw.com;r63228@notify.bestcase.com;elisa@zeblaw.com

Kevin M Buttery
                       on behalf of Creditor WEI Mortgage LLC kbuttery@rascrane.com

Mario J. Hanyon
                       on behalf of Creditor FREEDOM MORTGAGE CORPORATION wbecf@brockandscott.com
                       mario.hanyon@brockandscott.com

Office of the United States Trustee
                       ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour

District/off: 0315-2 | User: auto | Page 2 of 2
Date Rcvd: Sep 13, 2023 | Form ID: pdf900 | Total Noticed: 1

cmecf@chapter13trusteewdpa.com

Sindi Mncina
on behalf of Creditor WEI Mortgage LLC smncina@raslg.com

TOTAL: 7