Form 604

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Mattie M. David** *Debtor(s)* | : : : | Case No. 18−22880−GLT Chapter: 13 |
| **RONDA J. WINNECOUR, Trustee,** *Movant(s),* | : : : : | |
| v. **No Respondents** *Respondent(s).* | : : : : : : | Related to Document No. 131 Hearing Date: 11/29/23 at 11:00 AM |

## ORDER SCHEDULING DATE
## FOR RESPONSE AND HEARING ON MOTION

**AND NOW,** this *The 26th of September, 2023*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* (the "Motion") having been filed at Doc. No. 131 by the Chapter 13 Trustee,

It is hereby **ORDERED, ADJUDGED** *and* **DECREED** that:

(1) *On or before November 10, 2023*, any *Response*, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

(2) This Motion is scheduled for hearing on *November 29, 2023 at 11:00 AM* in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion. In accordance with Judge Taddonio's procedures, parties may appear for non−evidentiary matters remotely by utilizing the Zoom video conference platform. Parties seeking to appear remotely must register for the hearing by submitting a registration form via the link published on Judge Taddonio's website (which can be found at: http://www.pawb.uscourts.gov/judge−taddonios−video−conference−hearing−information) by no later than 4 p.m. on the business day prior to the scheduled hearing. All parties participating remotely shall comply with Judge Taddonio's General Procedures (which can be found at: http://www.pawb.uscourts.gov/sites/default/files/pdfs/glt−proc.pdf). **Parties who fail to timely register for remote participation will be expected to attend the hearing in person.**

(3) If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. *To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Gregory L Taddonio posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.* In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties are *required* to appear at the hearing.

(4) Once the Motion is approved, if either the Debtor's *Certificate of Discharge Eligibility* or *Certificate of Financial Management* is not timely filed, *the case is SUBJECT TO CLOSURE WITHOUT A DISCHARGE without further notice or hearing.*

_____
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Mattie M. David  
    Debtor

Case No. 18-22880-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 4  
Date Rcvd: Sep 26, 2023      Form ID: 604      Total Noticed: 62

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 28, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mattie M. David, 54 Areford Boulevard, Uniontown, PA 15401-4659 |
| 14883966 | | BYL Collection Services, LLC, P.O. Box 569, Malvern, PA 19355-0569 |
| 14883974 | + | Fayette Physician Network, P.O. Box 4640, Rutherford, NJ 07070-0464 |
| 14883976 | | Foundation Radiology Group, PC, 75 Remittance Drive #3310, Chicago, IL 60675-1001 |
| 14883977 | | Health Care Solutions, P.O. Box 3037, Sharon, PA 16146-5037 |
| 14892563 | + | Laurel Physiatry, 269 South Mount Vernon Avenue, Uniontown, PA 15401-4178 |
| 14883984 | + | MMS Endodontics, 9000 Coombs Farm Drive--#304, Morgantown, WV 26508-1150 |
| 14883985 | | NovaSom, 75 Remittance Drive--Dept. 6583, Chicago, IL 60675-6583 |
| 14883986 | + | Oliverio Ear Nose & Throat, 10 Highland Park Drive, Uniontown, PA 15401-8926 |
| 14892565 | | Professional Account Management, P.O. Box 1153, Milwaukee, WI 53201-1153 |
| 14883994 | | Shaw Financial Solutions/Synchrony Bank, Attention: Bankruptcy Department, P.O. Box 965036, Orlando, FL 32896-5061 |
| 14883995 | + | Southwestern Endoscopy Center, 300 Spring Creek Lane--Lower Level, Uniontown, PA 15401-9069 |
| 14883996 | | Southwestern Gastrointestinal Specialist, 300 Spring Creek Lane--Upper Level, Uniontown, PA 15401-9069 |
| 14892566 | + | UPMC Health Services, 2 Hot Metal StreetDist. Room 386, Pittsburgh, PA 15203-2348 |
| 14884001 | | Uniontown Hospital, 500 West Berkeley Street, Uniontown, PA 15401-5596 |
| 14892567 | + | Virtuox, Inc., P.O. Box 741637, Atlanta, GA 30384-0001 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: RASEBN@raslg.com | Sep 27 2023 05:52:00 | WEI Mortgage LLC, RAS Crane LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 14883963 | | Email/Text: ebn@americollect.com | Sep 27 2023 05:53:00 | Americollect, Inc., P. O. Box 1690, Manitowoc, WI 54221-1690 |
| 15180632 | + | Email/Text: cashiering-administrationservices@flagstar.com | Sep 27 2023 05:53:00 | Arc Home LLC (f/k/a WEI Mortgage LLC), c/o Flagstar Bank FSB, 5151 Corporate Drive, Troy MI 48098-2639 |
| 14883964 | | Email/Text: BarclaysBankDelaware@tsico.com | Sep 27 2023 05:52:00 | Barclays Bank, P.O. Box 8802, Wilmington, DE 19899-8802 |
| 14883965 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 27 2023 05:52:00 | Bon Ton/Comenity Bank, Bankruptcy Department, P.O. Box 182125, Columbus, OH 43218-2125 |
| 14883967 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 27 2023 05:56:10 | Capital One, c/o TSYS Total Debt Management, P.O. Box 5155, Norcross, GA 30091 |
| 14897302 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 27 2023 05:55:47 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14883968 | | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 27 2023 06:06:45 | CareCredit/Synchrony Bank, Attn: Bankruptcy Department, P.O. Box 965061, Orlando, FL 32896-5061 |

| Recipient ID | | Delivery Method | Date/Time | Name/Address |
|---|---|---|---|---|
| 14883970 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 27 2023 05:55:46 | Citi Card, P.O. Box 6500, Sioux Falls, SD 57117-6500 |
| 14921978 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 27 2023 06:06:38 | Citibank, N.A., Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 14883971 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Sep 27 2023 05:53:00 | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 14883972 | + | Email/Text: ccusa@ccuhome.com | Sep 27 2023 05:51:00 | Credit Collections, USA, 16 Distributor Drive--Suite 1, Morgantown, WV 26501-7209 |
| 14883982 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 27 2023 05:55:44 | Macy's American Express, Bankruptcy Processing, P.O. Box 8053, Mason, OH 45040 |
| 14883983 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 27 2023 05:55:46 | Macy's Visa, Bankruptcy Processing, P.O. Box 8053, Mason, OH 45040 |
| 14922839 | | Email/Text: bnc-quantum@quantum3group.com | Sep 27 2023 05:52:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14883973 | | Email/Text: mrdiscen@discover.com | Sep 27 2023 05:51:00 | Discover, P.O. Box 30421, Salt Lake City, UT 84130-0421 |
| 14887582 | | Email/Text: mrdiscen@discover.com | Sep 27 2023 05:51:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14892562 | + | Email/Text: bankruptcy@erieinsurance.com | Sep 27 2023 05:53:00 | Erie Insurance Group, 100 Erie Insurance Place, Erie, PA 16530-0001 |
| 14894300 | | Email/Text: EBNBKNOT@ford.com | Sep 27 2023 05:53:00 | Ford Motor Credit Company LLC, P. O. Box 62180, Colorado Springs, CO 80962 |
| 14883975 | | Email/Text: EBNBKNOT@ford.com | Sep 27 2023 05:53:00 | Ford Motor Credit Company, LLC, National Bankruptcy Service Center, P.O. Box 62180, Colorado Springs, CO 80962 |
| 15311303 | | Email/Text: Bankruptcy@Freedommortgage.com | Sep 27 2023 05:52:00 | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 14883978 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 27 2023 06:06:51 | Home Depot, P.O. Box 790328, Saint Louis, MO 63179-0328 |
| 14883979 | | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 27 2023 06:06:50 | Home Design/Synchrony Bank, Attention: Bankruptcy Department, P.O. Box 965061, Orlando, FL 32896-5061 |
| 14883969 | | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 27 2023 06:06:37 | Chase, P.O. Box 15298, Wilmington, DE 19850-5298 |
| 14919922 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 27 2023 05:55:27 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14883980 | | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 27 2023 05:56:05 | Levin Furniture/Synchrony Bank, Bankruptcy Department, P.O. Box 965061, Orlando, FL 32896-5061 |
| 14883981 | | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 27 2023 06:06:38 | Lowe's/Synchrony Bank, Attn: Bankruptcy Deptartment, P.O. Box 965060, Orlando, FL 32896-5060 |
| 14883989 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 27 2023 05:51:00 | PNC Bank, P.O. Box 609, Pittsburgh, PA 15230-0609 |
| 14919338 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 27 2023 06:06:49 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14884711 | + | Email/PDF: rmscedi@recoverycorp.com | Sep 27 2023 05:55:44 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14919847 | + | Email/Text: bankruptcynotices@psecu.com | Sep 27 2023 05:53:00 | PSECU, PO BOX 67013, HARRISBURG, PA 17106-7013 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14883987 | | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 27 2023 05:55:29 | Paypal Buyer Credit/Synchrony Bank, Attn: Bankruptcy Department, P.O. Box 965060, Orlando, FL 32896-5060 |
| 14883988 | | Email/Text: bankruptcynotices@psecu.com | Sep 27 2023 05:53:00 | Pennsylvania State Employees Credit Un., 1 Credit Union Place, P.O. Box 67013, Harrisburg, PA 17106-7013 |
| 14918529 | | Email/Text: bnc-quantum@quantum3group.com | Sep 27 2023 05:52:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14883990 | + | Email/Text: EBN_IndianapolisIMC@receivemorermp.com | Sep 27 2023 05:53:00 | Receivables Management Partners, LLC, P.O. Box 329, Temple, PA 19560-0329 |
| 14883997 | | Email/Text: amieg@stcol.com | Sep 27 2023 05:51:00 | State Collection Service, Inc., 2509 South Stoughton Road, P.O. Box 6250, Madison, WI 53716-0250 |
| 14883991 | | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 27 2023 05:56:09 | Sam's Club Master Card/Synchrony Bank, Attention: Bankruptcy Department, P.O. Box 965060, Orlando, FL 32896-5060 |
| 14883992 | | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 27 2023 05:55:47 | Sam's Club/Synchrony Bank, Attention: Bankruptcy Department, P.O. Box 965060, Orlando, FL 32896-5060 |
| 14883993 | | Email/Text: bkteam@selenefinance.com | Sep 27 2023 05:52:00 | Selene Finance, Attn: Bankruptcy Department, P.O. Box 422039, Houston, TX 77242-4239 |
| 14923298 | + | Email/Text: bncmail@w-legal.com | Sep 27 2023 05:53:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14883999 | | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 27 2023 06:06:41 | TJX Rewards Master Card/Synchrony Bank, Attention: Bankruptcy Department, P.O. Box 965060, Orlando, FL 32896-5060 |
| 14883998 | | Email/Text: bncmail@w-legal.com | Sep 27 2023 05:52:00 | Target National Bank, c/o Target Card Services, P.O. Box 1581, Minneapolis, MN 55440-1581 |
| 14884000 | + | Email/Text: bankruptcydepartment@tsico.com | Sep 27 2023 05:53:00 | Transworld Systems, Inc., P.O. Box 17221, Wilmington, DE 19850-7221 |
| 14914854 | | Email/Text: BNCnotices@dcmservices.com | Sep 27 2023 05:52:00 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14914853 | | Email/Text: BNCnotices@dcmservices.com | Sep 27 2023 05:52:00 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14922028 | + | Email/Text: bkteam@selenefinance.com | Sep 27 2023 05:52:00 | WEI Mortgage LLC, c/o Selene Finance, LP, Attn: BK Dept, 9990 Richmond Ave. Suite 400 South, Houston, TX 77042-4546 |

TOTAL: 46

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | ARC Home LLC. |
| cr | | Ford Motor Credit Company, LLC |
| cr | *+ | FREEDOM MORTGAGE CORPORATION, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14892561 | ##+ | E-Z Pass Customer Service, 7631 Derry Street, Harrisburg, PA 17111-5286 |
| 14892564 | ## | Peerless Credit Services, Inc., P.O. Box 518, Middletown, PA 17057-0518 |

TOTAL: 2 Undeliverable, 2 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

District/off: 0315-2 | User: auto | Page 4 of 4
Date Rcvd: Sep 26, 2023 | Form ID: 604 | Total Noticed: 62

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 28, 2023        Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 26, 2023 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Brian Nicholas | on behalf of Creditor ARC Home LLC. bnicholas@kmllawgroup.com |
| Daniel R. White | on behalf of Debtor Mattie M. David lori@zeblaw.com;r63228@notify.bestcase.com;elisa@zeblaw.com |
| Kevin M Buttery | on behalf of Creditor WEI Mortgage LLC kbuttery@rascrane.com |
| Mario J. Hanyon | on behalf of Creditor FREEDOM MORTGAGE CORPORATION wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Sindi Mncina | on behalf of Creditor WEI Mortgage LLC smncina@raslg.com |

TOTAL: 7