**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | |
| MATTIE M. DAVID | Case No.:18-22880 |
| Debtor(s) | Chapter 13 |
| Ronda J. Winnecour Chapter 13 Trustee, Movant | Document No.: |
| vs. | |
| No Respondents. | |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

September 26, 2023

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 07/20/2018 and confirmed on 9/20/18. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 83,839.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 83,839.00 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 7,000.00 | |
|   Trustee Fee | 3,922.50 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 10,922.50 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   FREEDOM MORTGAGE CORPORATION | 0.00 | 63,889.90 | 0.00 | 63,889.90 |
|     Acct: 8102 | | | | |
|   FREEDOM MORTGAGE CORPORATION | 1,194.50 | 1,194.50 | 0.00 | 1,194.50 |
|     Acct: 8102 | | | | |
|   CREDITOR INFORMATION MISSING OR V/ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   CREDITOR INFORMATION MISSING OR V/ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   CREDITOR INFORMATION MISSING OR V/ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   FORD MOTOR CREDIT COMPANY LLC(*) | 5,731.52 | 5,731.52 | 0.00 | 5,731.52 |
|     Acct: 5023 | | | | |
|   FORD MOTOR CREDIT COMPANY LLC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5023 | | | | |
| | | | | 70,815.92 |
| **Priority** | | | | |
|   DANIEL R WHITE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MATTIE M. DAVID | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ZEBLEY MEHALOV & WHITE PC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ZEBLEY MEHALOV & WHITE PC | 3,500.00 | 3,500.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ZEBLEY MEHALOV & WHITE PC | 3,500.00 | 3,500.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXXXX3/23 | | | | |
|   FREEDOM MORTGAGE CORPORATION | 15,179.70 | 0.00 | 0.00 | 0.00 |
|     Acct: 8102 | | | | |
| | \*\*\*N O N E\*\*\* | | | |
| **Unsecured** | | | | |
|   PRA/PORTFOLIO RECOVERY ASSOC | 1,261.39 | 43.52 | 0.00 | 43.52 |
|     Acct: 2094 | | | | |
|   QUANTUM3 GROUP LLC AGNT - COMENIT | 462.39 | 15.95 | 0.00 | 15.95 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 7312 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC. | 4,059.59 | 140.06 | 0.00 | 140.06 |
| Acct: 3838 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC. | 2,637.00 | 90.98 | 0.00 | 90.98 |
| Acct: 5361 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 2,741.47 | 94.58 | 0.00 | 94.58 |
| Acct: 5640 | | | | |
| CHASE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9240 | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 2,999.63 | 103.49 | 0.00 | 103.49 |
| Acct: 4380 | | | | |
| DISCOVER BANK(*) | 4,850.34 | 167.34 | 0.00 | 167.34 |
| Acct: 4280 | | | | |
| EZ PASS CUSTOMER SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4501 | | | | |
| ERIE INSURANCE GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5508 | | | | |
| UPMC PHYSICIAN SERVICES | 560.26 | 19.33 | 0.00 | 19.33 |
| Acct: 0793 | | | | |
| FOUNDATION RADIOLOGY GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6499 | | | | |
| HEALTH CARE SOLUTIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CITIBANK NA** | 2,119.77 | 73.13 | 0.00 | 73.13 |
| Acct: 8831 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 489.90 | 16.90 | 0.00 | 16.90 |
| Acct: 4843 | | | | |
| LAUREL PHYSIATRY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: A005 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5627 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4321 | | | | |
| DEPARTMENT STORES NATIONAL BANK | 6,616.66 | 228.27 | 0.00 | 228.27 |
| Acct: 4635 | | | | |
| DEPARTMENT STORES NATIONAL BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3127 | | | | |
| MMS ENDODONTICS++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4464 | | | | |
| NOVASOM | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1291 | | | | |
| OLIVERIO EAR NOSE & THROAT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6606 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8585 | | | | |
| PA STATE EMPLOYEES CU/PSECU | 11,887.49 | 410.12 | 0.00 | 410.12 |
| Acct: 0793 | | | | |
| PNC BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1652 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0749 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0559 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 1,180.98 | 40.74 | 0.00 | 40.74 |
| Acct: 6776 | | | | |
| SOUTHWESTERN ENDOSCOPY CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9001 | | | | |
| SOUTHWESTERN GASTROINTESTINAL S | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6730 | | | | |
| TD BANK USA NA** | 1,927.59 | 66.50 | 0.00 | 66.50 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 0294 | | | | |
|   SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9056 | | | | |
|   UNIONTOWN HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4554 | | | | |
|   UPMC HEALTH SERVICES | 118.47 | 4.09 | 0.00 | 4.09 |
| Acct: 0793 | | | | |
|   VIRTUOX | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   FORD MOTOR CREDIT COMPANY LLC(*) | 16,973.35 | 585.58 | 0.00 | 585.58 |
| Acct: 5023 | | | | |
|   SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0749 | | | | |
|   ROBERTSON ANSCHUTZ SCHNEID CRAN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   MARIO HANYON ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   AMERICOLLECT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   BYL COLLECTION SVCS LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   CREDIT COLLECTION SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   CREDIT COLLECTIONS USA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   PEERLESS CREDIT SVC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   PROFESSIONAL ACCOUNT MGMT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   RECEIVABLES MANAGEMENT PARTNERS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   STATE COLLECTION SERVICE INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   TRANSWORLD SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 2,100.58 |

TOTAL PAID TO CREDITORS                                                                   72,916.50

TOTAL CLAIMED
PRIORITY           15,179.70
SECURED             6,926.02
UNSECURED          60,886.28

Date: 09/26/2023

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
MATTIE M. DAVID

    Debtor(s)

Ronda J. Winnecour
    Movant
vs.
No Repondents.

Case No.:18-22880

Chapter 13

Document No.:

ORDER OF COURT

  AND NOW, this _____ day of _____, 20\_\_\_\_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:  Case No. 18-22880-GLT
Mattie M. David  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 4
Date Rcvd: Sep 26, 2023     Form ID: pdf900     Total Noticed: 62

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 28, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mattie M. David, 54 Areford Boulevard, Uniontown, PA 15401-4659 |
| 14883966 | | BYL Collection Services, LLC, P.O. Box 569, Malvern, PA 19355-0569 |
| 14883974 | + | Fayette Physician Network, P.O. Box 4640, Rutherford, NJ 07070-0464 |
| 14883976 | | Foundation Radiology Group, PC, 75 Remittance Drive #3310, Chicago, IL 60675-1001 |
| 14883977 | | Health Care Solutions, P.O. Box 3037, Sharon, PA 16146-5037 |
| 14892563 | + | Laurel Physiatry, 269 South Mount Vernon Avenue, Uniontown, PA 15401-4178 |
| 14883984 | + | MMS Endodontics, 9000 Coombs Farm Drive--#304, Morgantown, WV 26508-1150 |
| 14883985 | | NovaSom, 75 Remittance Drive--Dept. 6583, Chicago, IL 60675-6583 |
| 14883986 | + | Oliverio Ear Nose & Throat, 10 Highland Park Drive, Uniontown, PA 15401-8926 |
| 14892565 | | Professional Account Management, P.O. Box 1153, Milwaukee, WI 53201-1153 |
| 14883994 | | Shaw Financial Solutions/Synchrony Bank, Attention: Bankruptcy Department, P.O. Box 965036, Orlando, FL 32896-5061 |
| 14883995 | + | Southwestern Endoscopy Center, 300 Spring Creek Lane--Lower Level, Uniontown, PA 15401-9069 |
| 14883996 | | Southwestern Gastrointestinal Specialist, 300 Spring Creek Lane--Upper Level, Uniontown, PA 15401-9069 |
| 14892566 | + | UPMC Health Services, 2 Hot Metal StreetDist. Room 386, Pittsburgh, PA 15203-2348 |
| 14884001 | | Uniontown Hospital, 500 West Berkeley Street, Uniontown, PA 15401-5596 |
| 14892567 | + | Virtuox, Inc., P.O. Box 741637, Atlanta, GA 30384-0001 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: RASEBN@raslg.com | Sep 27 2023 05:52:00 | WEI Mortgage LLC, RAS Crane LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 14883963 | | Email/Text: ebn@americollect.com | Sep 27 2023 05:53:00 | Americollect, Inc., P. O. Box 1690, Manitowoc, WI 54221-1690 |
| 15180632 | + | Email/Text: cashiering-administrationservices@flagstar.com | Sep 27 2023 05:53:00 | Arc Home LLC (f/k/a WEI Mortgage LLC), c/o Flagstar Bank FSB, 5151 Corporate Drive, Troy MI 48098-2639 |
| 14883964 | | Email/Text: BarclaysBankDelaware@tsico.com | Sep 27 2023 05:52:00 | Barclays Bank, P.O. Box 8802, Wilmington, DE 19899-8802 |
| 14883965 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 27 2023 05:52:00 | Bon Ton/Comenity Bank, Bankruptcy Department, P.O. Box 182125, Columbus, OH 43218-2125 |
| 14883967 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 27 2023 05:55:30 | Capital One, c/o TSYS Total Debt Management, P.O. Box 5155, Norcross, GA 30091 |
| 14897302 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 27 2023 06:06:37 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14883968 | | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 27 2023 06:06:38 | CareCredit/Synchrony Bank, Attn: Bankruptcy Department, P.O. Box 965061, Orlando, FL 32896-5061 |

| Record | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14883970 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 27 2023 05:55:29 | Citi Card, P.O. Box 6500, Sioux Falls, SD 57117-6500 |
| 14921978 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 27 2023 05:56:16 | Citibank, N.A., Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 14883971 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Sep 27 2023 05:53:00 | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 14883972 | + | Email/Text: ccusa@ccuhome.com | Sep 27 2023 05:51:00 | Credit Collections, USA, 16 Distributor Drive--Suite 1, Morgantown, WV 26501-7209 |
| 14883982 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 27 2023 06:06:45 | Macy's American Express, Bankruptcy Processing, P.O. Box 8053, Mason, OH 45040 |
| 14883983 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 27 2023 05:55:46 | Macy's Visa, Bankruptcy Processing, P.O. Box 8053, Mason, OH 45040 |
| 14922839 | | Email/Text: bnc-quantum@quantum3group.com | Sep 27 2023 05:52:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14883973 | | Email/Text: mrdiscen@discover.com | Sep 27 2023 05:51:00 | Discover, P.O. Box 30421, Salt Lake City, UT 84130-0421 |
| 14887582 | | Email/Text: mrdiscen@discover.com | Sep 27 2023 05:51:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14892562 | + | Email/Text: bankruptcy@erieinsurance.com | Sep 27 2023 05:53:00 | Erie Insurance Group, 100 Erie Insurance Place, Erie, PA 16530-0001 |
| 14894300 | | Email/Text: EBNBKNOT@ford.com | Sep 27 2023 05:53:00 | Ford Motor Credit Company LLC, P. O. Box 62180, Colorado Springs, CO 80962 |
| 14883975 | | Email/Text: EBNBKNOT@ford.com | Sep 27 2023 05:53:00 | Ford Motor Credit Company, LLC, National Bankruptcy Service Center, P.O. Box 62180, Colorado Springs, CO 80962 |
| 15311303 | | Email/Text: Bankruptcy@Freedommortgage.com | Sep 27 2023 05:52:00 | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 14883978 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 27 2023 05:55:45 | Home Depot, P.O. Box 790328, Saint Louis, MO 63179-0328 |
| 14883979 | | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 27 2023 05:55:46 | Home Design/Synchrony Bank, Attention: Bankruptcy Department, P.O. Box 965061, Orlando, FL 32896-5061 |
| 14883969 | | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 27 2023 05:55:24 | Chase, P.O. Box 15298, Wilmington, DE 19850-5298 |
| 14919922 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 27 2023 05:55:43 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14883980 | | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 27 2023 06:06:50 | Levin Furniture/Synchrony Bank, Bankruptcy Department, P.O. Box 965061, Orlando, FL 32896-5061 |
| 14883981 | | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 27 2023 06:06:47 | Lowe's/Synchrony Bank, Attn: Bankruptcy Deptartment, P.O. Box 965060, Orlando, FL 32896-5060 |
| 14883989 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 27 2023 05:51:00 | PNC Bank, P.O. Box 609, Pittsburgh, PA 15230-0609 |
| 14919338 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 27 2023 05:55:43 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14884711 | + | Email/PDF: rmscedi@recoverycorp.com | Sep 27 2023 06:06:49 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14919847 | + | Email/Text: bankruptcynotices@psecu.com | Sep 27 2023 05:53:00 | PSECU, PO BOX 67013, HARRISBURG, PA 17106-7013 |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14883987 | | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 27 2023 05:55:23 | Paypal Buyer Credit/Synchrony Bank, Attn: Bankruptcy Department, P.O. Box 965060, Orlando, FL 32896-5060 |
| 14883988 | | Email/Text: bankruptcynotices@psecu.com | Sep 27 2023 05:53:00 | Pennsylvania State Employees Credit Un., 1 Credit Union Place, P.O. Box 67013, Harrisburg, PA 17106-7013 |
| 14918529 | | Email/Text: bnc-quantum@quantum3group.com | Sep 27 2023 05:52:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14883990 | + | Email/Text: EBN_IndianapolisIMC@receivemorermp.com | Sep 27 2023 05:53:00 | Receivables Management Partners, LLC, P.O. Box 329, Temple, PA 19560-0329 |
| 14883997 | | Email/Text: amieg@stcol.com | Sep 27 2023 05:51:00 | State Collection Service, Inc., 2509 South Stoughton Road, P.O. Box 6250, Madison, WI 53716-0250 |
| 14883991 | | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 27 2023 05:56:16 | Sam's Club Master Card/Synchrony Bank, Attention: Bankruptcy Department, P.O. Box 965060, Orlando, FL 32896-5060 |
| 14883992 | | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 27 2023 05:55:39 | Sam's Club/Synchrony Bank, Attention: Bankruptcy Department, P.O. Box 965060, Orlando, FL 32896-5060 |
| 14883993 | | Email/Text: bkteam@selenefinance.com | Sep 27 2023 05:52:00 | Selene Finance, Attn: Bankruptcy Department, P.O. Box 422039, Houston, TX 77242-4239 |
| 14923298 | + | Email/Text: bncmail@w-legal.com | Sep 27 2023 05:53:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14883999 | | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 27 2023 06:06:41 | TJX Rewards Master Card/Synchrony Bank, Attention: Bankruptcy Department, P.O. Box 965060, Orlando, FL 32896-5060 |
| 14883998 | | Email/Text: bncmail@w-legal.com | Sep 27 2023 05:52:00 | Target National Bank, c/o Target Card Services, P.O. Box 1581, Minneapolis, MN 55440-1581 |
| 14884000 | + | Email/Text: bankruptcydepartment@tsico.com | Sep 27 2023 05:53:00 | Transworld Systems, Inc., P.O. Box 17221, Wilmington, DE 19850-7221 |
| 14914854 | | Email/Text: BNCnotices@dcmservices.com | Sep 27 2023 05:52:00 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14914853 | | Email/Text: BNCnotices@dcmservices.com | Sep 27 2023 05:52:00 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14922028 | + | Email/Text: bkteam@selenefinance.com | Sep 27 2023 05:52:00 | WEI Mortgage LLC, c/o Selene Finance, LP, Attn: BK Dept, 9990 Richmond Ave. Suite 400 South, Houston, TX 77042-4546 |

TOTAL: 46

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | ARC Home LLC. |
| cr | | Ford Motor Credit Company, LLC |
| cr | *+ | FREEDOM MORTGAGE CORPORATION, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14892561 | ##+ | E-Z Pass Customer Service, 7631 Derry Street, Harrisburg, PA 17111-5286 |
| 14892564 | ## | Peerless Credit Services, Inc., P.O. Box 518, Middletown, PA 17057-0518 |

TOTAL: 2 Undeliverable, 2 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

Case 18-22880-GLT    Doc 134    Filed 09/28/23    Entered 09/29/23 00:29:23    Desc
Imaged Certificate of Notice    Page 9 of 9

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 4 of 4 |
| Date Rcvd: Sep 26, 2023 | Form ID: pdf900 | Total Noticed: 62 |

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 28, 2023                              Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 26, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor ARC Home LLC. bnicholas@kmllawgroup.com |
| Daniel R. White | on behalf of Debtor Mattie M. David lori@zeblaw.com;r63228@notify.bestcase.com;elisa@zeblaw.com |
| Kevin M Buttery | on behalf of Creditor WEI Mortgage LLC kbuttery@rascrane.com |
| Mario J. Hanyon | on behalf of Creditor FREEDOM MORTGAGE CORPORATION wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Sindi Mncina | on behalf of Creditor WEI Mortgage LLC smncina@raslg.com |

TOTAL: 7