# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA
*Pittsburgh Division*

| | |
|---|---|
| IN RE:<br>MATTIE M DAVID | Case No. 18-22880-GLT<br>Chapter 13 |
| Freedom Mortgage Corporation,<br>    Movant | Hearing Date: TBD<br>Hearing Time: TBD<br>Objection Date: TBD |
| vs.<br><br>MATTIE M DAVID ,<br>    Debtor<br>and<br><br>Ronda J. Winnecour<br>    Respondent | |

**ORDER EXTENDING TIME TO RESPOND TO TRUSTEE'S NOTICE OF FINAL CURE PAYMENT AND COMPLETION OF PAYMENTS UNDER THE PLAN**

THIS MATTER resolved before coming to be heard before the Court on the Ex Parte Motion to Extend Time to File Response to Respond To Trustee's Notice Of Final Cure Payment And Completion Of Payments Under The Plan

IT THEREFORE APPEARING that good cause exists to extend the time allowed to respond to Trustee's Motion it is

ORDERED, ADJUDGED AND DECREED that the time for Creditor to respond to Trustee's Notice Of Final Cure Payment And Completion Of Payments Under The Plan is extended to November 10, 2023.

END OF DOCUMENT

20-09076 BKSUP05