**Fill in this information to identify the case:**

Debtor 1   MATTIE M DAVID

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: Western District of Pennsylvania

Case number 18-22880-GLT

---

Form 4100R
## Response to Notice of Final Cure Payment                                    10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

### Part 1:  Mortgage Information

**Name of Creditor:** Freedom Mortgage Corporation              **Court claim no.** (if known): 15

**Last 4 digits** of any number you use to identify the debtor's account: 8102

**Property address:**   54 Areford Blvd
Number  Street
Uniontown, PA 15401
City       State       ZIP Code

### Part 2:  Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:   $ _____

### Part 3:  Postpetition Mortgage Payment

*Check one:*

☐ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: _____
MM/DD/YYYY

☒ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:                                                      (a) $ 16,473.43
   1. Pursuant to the Stipulation filed on 01/06/2022, the post-petition delinquency from the forbearance period in the amount of $15,179.70 was capitalized and shall be paid outside of the plan after the Debtor's case has ended
   2. October 2023 - (1) payment in the amount of $1,293.73

b. Total fees, charges, expenses, escrow, and costs outstanding:                              +(b) $ 0.00

c. **Total**. Add lines a and b.                                                              (c) $ 16,473.43

Creditor asserts that the debtor(s) are contractually
obligated for the postpetition payment(s) that first became     10/01/2023
due on:                                                         MM/DD/YYYY

Debtor1  MATTIE M DAVID
     First    Middle    Last

Case number *(if known)* 18-22880-GLT

### Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

### Part 5: Sign Here

**The person completing this response must sign it.  The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*
☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ /s/Mario Hanyon
  Signature

Date 10/31/2023

Print   Mario Hanyon
     First Name   Middle Name   Last Name

Title   Attorney

Company   Brock & Scott, PLLC

**If different from the notice address listed on the proof of claim to which this response applies:**

Address   3825 Forrestgate Dr.
     Number    Street

Winston-Salem, NC 27103
City    State   ZIP Code

Contact phone   844-856-6646   Email PABKR@brockandscott.com

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA
*Pittsburgh Division*

| | |
|---|---|
| IN RE:<br>MATTIE M DAVID | Case No. 18-22880-GLT<br>Chapter 13 |
| Freedom Mortgage Corporation,<br>    Movant | |
| | Hearing Date: TBD |
| | Hearing Time: TBD |
| | Objection Date: TBD |
| vs.<br><br>MATTIE M DAVID ,<br>    Debtor<br>and<br><br>Ronda J. Winnecour<br>    Respondent | |

## CERTIFICATE OF SERVICE OF RESPONSE TO NOTICE OF FINAL CURE PAYMENT

I certify under penalty of perjury that on this day, I served or caused to be served the Response to Notice of Final Cure Payment on the parties at the addresses shown below or on the attached list.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was:

<u>Via CM/ECF electronic notice:</u>

| | |
|---|---|
| Daniel R. White, Esq.<br>18 Mill Street Square<br>P.O. Box 2123<br>Uniontown, PA 15401<br>*Counsel for Debtor* | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219<br>*Chapter 13 Trustee* |

Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222
*US Trustee*

Via First Class Mail:

Mattie M David
54 Areford Boulevard
Uniontown, PA 15401
*Debtor*

     If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, names and addresses of parties served by electronic notice will be listed under the heading "Via CM/ECF electronic notice" and those served by mail will be listed under the heading "Via First Class Mail".

EXECUTED ON: October 31, 2023

                                          */s/Mario Hanyon*
                                          Andrew Spivack, PA Bar No. 84439
                                          Matthew Fissel, PA Bar No. 314567
                                          Mario Hanyon, PA Bar No. 203993
                                          Ryan Starks, PA Bar No. 330002
                                          Jay Jones, PA Bar No. 86657
                                          Attorney for Creditor
                                          BROCK & SCOTT, PLLC
                                          3825 Forrestgate Drive
                                          Winston Salem, NC 27103
                                          Telephone: (844) 856-6646
                                          Facsimile: (704) 369-0760
                                          E-Mail: PABKR@brockandscott.com

**PAWB Local Form 7 (07/13)**

| Loan #: | |
|---|---|
| BK Case #: | 1822880 |
| Name: | David |
| BK Filed | 7/20/2018 |

| Date Received | Contractual Due Date | Post Petition Due Date | Pre | Payment Amount | Amount Due | Difference | Post Suspense | Pre Suspense | Fees | Contractual from Pre | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | $ - | $ - | $ - | | | Balance at Filing |
| 12/3/2018 | | 8/1/2018 | | $ 2,927.10 | $ 1,219.11 | $ 1,707.99 | $ 1,707.99 | $ - | | | |
| 12/3/2018 | | 9/1/2018 | | | $ 1,219.11 | $ (1,219.11) | $ 488.88 | $ - | | | |
| 1/28/2019 | | 10/1/2018 | | $ 2,624.11 | $ 1,219.11 | $ 1,405.00 | $ 1,893.88 | $ - | | | |
| 1/28/2019 | | 11/1/2018 | | | $ 1,219.11 | $ (1,219.11) | $ 674.77 | $ - | | | |
| 3/28/2019 | | 12/1/2018 | | $ 1,219.73 | $ 1,225.65 | $ (5.92) | $ 668.85 | $ - | | | |
| 4/30/2019 | | 1/1/2019 | | $ 1,220.32 | $ 1,225.65 | $ (5.33) | $ 663.52 | $ - | | | |
| 5/29/2019 | | | | $ 62.62 | | $ 62.62 | $ 726.14 | $ - | | | |
| 6/29/2019 | | 2/1/2019 | | $ 1,299.22 | $ 1,225.65 | $ 73.57 | $ 799.71 | $ - | | | |
| 8/5/2019 | | 3/1/2019 | | $ 2,486.54 | $ 1,225.65 | $ 1,260.89 | $ 2,060.60 | $ - | | | |
| 8/5/2019 | | 4/1/2019 | | | $ 1,225.65 | $ (1,225.65) | $ 834.95 | $ - | | | |
| 8/31/2019 | | 5/1/2019 | | $ 1,012.64 | $ 1,225.65 | $ (213.01) | $ 621.94 | $ - | | | |
| 11/1/2019 | | | | $ 430.22 | | $ 430.22 | $ 1,052.16 | $ - | | | |
| 1/8/2020 | | 6/1/2019 | | $ 1,208.09 | $ 1,225.65 | $ (17.56) | $ 1,034.60 | $ - | | | |
| 1/14/2020 | | 7/1/2019 | | $ 394.43 | $ 1,225.65 | $ (831.22) | $ 203.38 | $ - | | | |
| 1/31/2020 | | 8/1/2019 | | $ 1,600.16 | $ 1,225.65 | $ 374.51 | $ 577.89 | $ - | | | |
| 1/31/2020 | | | | | | $ - | $ 577.89 | $ - | | | |
| 3/5/2020 | | 9/1/2019 | | $ 718.83 | $ 1,225.65 | $ (506.82) | $ 71.07 | $ - | | | |
| 4/13/2020 | | | | $ 725.18 | | $ 725.18 | $ 796.25 | $ - | | | |
| 5/13/2020 | | 10/1/2019 | | $ 753.27 | $ 1,225.65 | $ (472.38) | $ 323.87 | $ - | | | |
| 6/3/2020 | | | | | | $ - | $ 323.87 | $ - | | | |
| 6/8/2020 | | | | $ 882.15 | | $ 882.15 | $ 1,206.02 | $ - | | | |
| 8/24/2020 | | 11/1/2019 | | $ 890.22 | $ 1,225.65 | $ (335.43) | $ 870.59 | $ - | | | |
| 8/24/2020 | | | | | | $ - | $ 870.59 | $ - | | | |
| 8/24/2020 | | | | | | $ - | $ 870.59 | $ - | | | |
| 8/24/2020 | | | | | | $ - | $ 870.59 | $ - | | | |
| 9/3/2020 | | 12/1/2019 | | $ 536.00 | $ 1,249.76 | $ (713.76) | $ 156.83 | $ - | | | |
| 10/15/2020 | | 1/1/2020 | | $ 1,343.97 | $ 1,249.76 | $ 94.21 | $ 251.04 | $ - | | | |
| 11/12/2020 | | 2/1/2020 | | $ 1,459.29 | $ 1,249.76 | $ 209.53 | $ 460.57 | $ - | | | |
| 12/4/2020 | | | | $ 731.45 | | $ 731.45 | $ 1,192.02 | $ - | | | |
| 12/21/2020 | | | | | | $ - | $ 1,192.02 | $ - | | | |
| 12/21/2020 | | | | | | $ - | $ 1,192.02 | $ - | | | |
| 12/21/2020 | | | | | | $ - | $ 1,192.02 | $ - | | | |
| 12/21/2020 | | | | | | $ - | $ 1,192.02 | $ - | | | |
| 12/30/2020 | | 3/1/2020 | | $ 962.09 | $ 1,249.76 | $ (287.67) | $ 904.35 | $ - | | | |
| 1/13/2021 | | | | | | $ - | $ 904.35 | $ - | | | |
| 1/29/2021 | | 4/1/2020 | | $ 918.02 | $ 1,249.76 | $ (331.74) | $ 572.61 | $ - | | | |
| 2/26/2021 | | 5/1/2020 | | $ 1,379.34 | $ 1,249.76 | $ 129.58 | $ 702.19 | $ - | | | |
| 3/31/2021 | | 6/1/2020 | | $ 1,381.47 | $ 1,249.76 | $ 131.71 | $ 833.90 | $ - | | | |
| 4/30/2021 | | 7/1/2020 | | $ 866.94 | $ 1,249.76 | $ (382.82) | $ 451.08 | $ - | | | |
| 6/2/2021 | | 8/1/2020 | | $ 2,133.98 | $ 1,249.76 | $ 884.22 | $ 1,335.30 | $ - | | | |
| 6/2/2021 | | | | | | $ - | $ 1,335.30 | $ - | | | |
| 8/5/2021 | | 9/1/2021 | | $ 1,387.40 | $ 1,310.29 | $ 77.11 | $ 1,412.41 | $ - | | | |
| 9/2/2021 | | 10/1/2021 | | $ 2,047.71 | $ 1,310.29 | $ 737.42 | $ 2,149.83 | $ - | | | |
| 9/2/2021 | | | | | | $ - | $ 2,149.83 | $ - | | | |
| 2/21/2022 | | 11/1/2021 | | $ 4,474.39 | $ 1,310.29 | $ 3,164.10 | $ 5,313.93 | $ - | | | |
| 2/21/2022 | | 12/1/2021 | | | $ 1,395.42 | $ (1,395.42) | $ 3,918.51 | $ - | | | |
| 2/21/2022 | | 1/1/2022 | | | $ 1,395.42 | $ (1,395.42) | $ 2,523.09 | $ - | | | |
| 2/21/2022 | | 2/1/2022 | | | $ 1,395.42 | $ (1,395.42) | $ 1,127.67 | $ - | | | |
| 4/6/2022 | | 3/1/2022 | | $ 1,839.85 | $ 1,395.42 | $ 444.43 | $ 1,572.10 | $ - | | | |
| 6/28/2022 | | 4/1/2022 | | $ 973.97 | $ 1,395.42 | $ (421.45) | $ 1,150.65 | $ - | | | |
| 7/21/2022 | | 5/1/2022 | | $ 777.37 | $ 1,395.42 | $ (618.05) | $ 532.60 | $ - | | | |
| 8/16/2022 | | 6/1/2022 | | $ 1,731.77 | $ 1,395.42 | $ 336.35 | $ 868.95 | $ - | | | |
| 8/16/2022 | | | | | | $ - | $ 868.95 | $ - | | | |
| 10/4/2022 | | 7/1/2022 | | $ 3,474.18 | $ 1,395.42 | $ 2,078.76 | $ 2,947.71 | $ - | | | |
| 10/4/2022 | | 8/1/2022 | | | $ 1,395.42 | $ (1,395.42) | $ 1,552.29 | $ - | | | |
| 10/31/2022 | | 9/1/2022 | | $ 1,760.59 | $ 1,395.42 | $ 365.17 | $ 1,917.46 | $ - | | | |
| 10/31/2022 | | 10/1/2022 | | | $ 1,395.42 | $ (1,395.42) | $ 522.04 | $ - | | | |
| 1/3/2023 | | 11/1/2022 | | $ 1,712.49 | $ 1,395.42 | $ 317.07 | $ 839.11 | $ - | | | |
| 1/31/2023 | | 12/1/2022 | | $ 3,420.01 | $ 1,293.73 | $ 2,126.28 | $ 2,965.39 | $ - | | | |
| 1/31/2023 | | 1/1/2023 | | | $ 1,293.73 | $ (1,293.73) | $ 1,671.66 | $ - | | | |
| 4/4/2023 | | 2/1/2023 | | $ 3,422.17 | $ 1,293.73 | $ 2,128.44 | $ 3,800.10 | $ - | | | |
| 4/4/2023 | | 3/1/2023 | | | $ 1,293.73 | $ (1,293.73) | $ 2,506.37 | $ - | | | |
| 4/4/2023 | | 4/1/2023 | | | $ 1,293.73 | $ (1,293.73) | $ 1,212.64 | $ - | | | |
| 6/2/2023 | | 5/1/2023 | | $ 3,045.11 | $ 1,293.73 | $ 1,751.38 | $ 2,964.02 | $ - | | | |
| 6/2/2023 | | 6/1/2023 | | | $ 1,293.73 | $ (1,293.73) | $ 1,670.29 | $ - | | | |
| 6/2/2023 | | | $ 757.81 | | | $ - | $ 1,670.29 | $ 426.52 | | $ 331.29 | Escrow |
| 7/5/2023 | | 7/1/2023 | | $ 1,293.73 | $ 1,293.73 | $ - | $ 1,670.29 | $ 426.52 | | | |
| 7/5/2023 | | | $ 436.69 | | | $ - | $ 1,670.29 | $ - | | $ 863.21 | PMT |
| 8/2/2023 | | 8/1/2023 | | $ 361.78 | $ 1,293.73 | $ (931.95) | $ 738.34 | $ - | | | |
| 8/2/2023 | | | | | | $ - | $ 738.34 | $ - | | | |
| 10/27/2023 | | 9/1/2023 | | | $ 738.34 | $ (738.34) | $ - | $ - | | | Admin Adj. |