**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Mattie M. David**<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–0793<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | |
| Case number: | 18–22880–GLT | |

# Order of Discharge                                                                                                 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Mattie M. David

11/13/23                                                                      **By the court:** Gregory L Taddonio
                                                                                                        United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

Form 3180W                                       **Chapter 13 Discharge**                                      page 1

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 18-22880-GLT
Mattie M. David  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 4
Date Rcvd: Nov 13, 2023     Form ID: 3180W     Total Noticed: 64

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 15, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mattie M. David, 54 Areford Boulevard, Uniontown, PA 15401-4659 |
| 14883966 | | BYL Collection Services, LLC, P.O. Box 569, Malvern, PA 19355-0569 |
| 14883974 | + | Fayette Physician Network, P.O. Box 4640, Rutherford, NJ 07070-0464 |
| 14883976 | | Foundation Radiology Group, PC, 75 Remittance Drive #3310, Chicago, IL 60675-1001 |
| 14883977 | | Health Care Solutions, P.O. Box 3037, Sharon, PA 16146-5037 |
| 14892563 | + | Laurel Physiatry, 269 South Mount Vernon Avenue, Uniontown, PA 15401-4178 |
| 14883984 | + | MMS Endodontics, 9000 Coombs Farm Drive--#304, Morgantown, WV 26508-1150 |
| 14883985 | | NovaSom, 75 Remittance Drive--Dept. 6583, Chicago, IL 60675-6583 |
| 14883986 | + | Oliverio Ear Nose & Throat, 10 Highland Park Drive, Uniontown, PA 15401-8926 |
| 14892565 | | Professional Account Management, P.O. Box 1153, Milwaukee, WI 53201-1153 |
| 14883994 | | Shaw Financial Solutions/Synchrony Bank, Attention: Bankruptcy Department, P.O. Box 965036, Orlando, FL 32896-5061 |
| 14883995 | + | Southwestern Endoscopy Center, 300 Spring Creek Lane--Lower Level, Uniontown, PA 15401-9069 |
| 14883996 | | Southwestern Gastrointestinal Specialist, 300 Spring Creek Lane--Upper Level, Uniontown, PA 15401-9069 |
| 14892566 | + | UPMC Health Services, 2 Hot Metal StreetDist. Room 386, Pittsburgh, PA 15203-2348 |
| 14884001 | | Uniontown Hospital, 500 West Berkeley Street, Uniontown, PA 15401-5596 |
| 14892567 | + | Virtuox, Inc., P.O. Box 741637, Atlanta, GA 30384-0001 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Nov 14 2023 08:42:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 14 2023 03:54:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Nov 14 2023 08:42:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 14 2023 03:54:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: RASEBN@raslg.com | Nov 14 2023 03:53:00 | WEI Mortgage LLC, RAS Crane LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 14883963 | | Email/Text: ebn@americollect.com | Nov 14 2023 03:54:00 | Americollect, Inc., P. O. Box 1690, Manitowoc, WI 54221-1690 |
| 15180632 | + | Email/Text: cashiering-administrationservices@flagstar.com | Nov 14 2023 03:54:00 | Arc Home LLC (f/k/a WEI Mortgage LLC), c/o Flagstar Bank FSB, 5151 Corporate Drive, Troy |

Case 18-22880-GLT   Doc 147   Filed 11/15/23   Entered 11/16/23 00:36:25   Desc
Imaged Certificate of Notice   Page 4 of 6

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Nov 13, 2023 | Form ID: 3180W | Total Noticed: 64 |

| | | | |
|---|---|---|---|
| 14883964 | EDI: TSYS2 | Nov 14 2023 08:42:00 | Barclays Bank, P.O. Box 8802, Wilmington, DE 19899-8802 |
| 14883965 | EDI: WFNNB.COM | Nov 14 2023 08:42:00 | Bon Ton/Comenity Bank, Bankruptcy Department, P.O. Box 182125, Columbus, OH 43218-2125 |
| 14883967 | EDI: CAPITALONE.COM | Nov 14 2023 08:42:00 | Capital One, c/o TSYS Total Debt Management, P.O. Box 5155, Norcross, GA 30091 |
| 14897302 | EDI: CAPITALONE.COM | Nov 14 2023 08:42:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14883968 | EDI: RMSC.COM | Nov 14 2023 08:42:00 | CareCredit/Synchrony Bank, Attn: Bankruptcy Department, P.O. Box 965061, Orlando, FL 32896-5061 |
| 14883970 | + EDI: CITICORP.COM | Nov 14 2023 08:42:00 | Citi Card, P.O. Box 6500, Sioux Falls, SD 57117-6500 |
| 14921978 | + EDI: CITICORP.COM | Nov 14 2023 08:42:00 | Citibank, N.A., Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 14883971 | + EDI: CCS.COM | Nov 14 2023 08:42:00 | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 14883972 | + EDI: CCUSA.COM | Nov 14 2023 08:42:00 | Credit Collections, USA, 16 Distributor Drive--Suite 1, Morgantown, WV 26501-7209 |
| 14883982 | EDI: CITICORP.COM | Nov 14 2023 08:42:00 | Macy's American Express, Bankruptcy Processing, P.O. Box 8053, Mason, OH 45040 |
| 14883983 | EDI: CITICORP.COM | Nov 14 2023 08:42:00 | Macy's Visa, Bankruptcy Processing, P.O. Box 8053, Mason, OH 45040 |
| 14922839 | EDI: Q3G.COM | Nov 14 2023 08:42:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14883973 | EDI: DISCOVER.COM | Nov 14 2023 08:42:00 | Discover, P.O. Box 30421, Salt Lake City, UT 84130-0421 |
| 14887582 | EDI: DISCOVER.COM | Nov 14 2023 08:42:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14892562 | + Email/Text: bankruptcy@erieinsurance.com | Nov 14 2023 03:54:00 | Erie Insurance Group, 100 Erie Insurance Place, Erie, PA 16530-0001 |
| 14894300 | Email/Text: EBNBKNOT@ford.com | Nov 14 2023 03:54:00 | Ford Motor Credit Company LLC, P. O. Box 62180, Colorado Springs, CO 80962 |
| 14883975 | Email/Text: EBNBKNOT@ford.com | Nov 14 2023 03:54:00 | Ford Motor Credit Company, LLC, National Bankruptcy Service Center, P.O. Box 62180, Colorado Springs, CO 80962 |
| 15311303 | Email/Text: Bankruptcy@Freedommortgage.com | Nov 14 2023 03:53:00 | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 14883978 | + EDI: CITICORP.COM | Nov 14 2023 08:42:00 | Home Depot, P.O. Box 790328, Saint Louis, MO 63179-0328 |
| 14883979 | EDI: RMSC.COM | Nov 14 2023 08:42:00 | Home Design/Synchrony Bank, Attention: Bankruptcy Department, P.O. Box 965061, Orlando, FL 32896-5061 |
| 14883969 | EDI: JPMORGANCHASE | Nov 14 2023 08:42:00 | Chase, P.O. Box 15298, Wilmington, DE 19850-5298 |
| 14919922 | Email/PDF: resurgentbknotifications@resurgent.com | Nov 14 2023 04:08:43 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14883980 | EDI: RMSC.COM | Nov 14 2023 08:42:00 | Levin Furniture/Synchrony Bank, Bankruptcy Department, P.O. Box 965061, Orlando, FL |

MI 48098-2639

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Nov 13, 2023 | Form ID: 3180W | Total Noticed: 64 |

| Recipient ID | | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| 14883981 | | EDI: RMSC.COM | Nov 14 2023 08:42:00 | Lowe's/Synchrony Bank, Attn: Bankruptcy Deptartment, P.O. Box 965060, Orlando, FL 32896-5061 |
| | | | | Lowe's/Synchrony Bank, Attn: Bankruptcy Deptartment, P.O. Box 965060, Orlando, FL 32896-5060 |
| 14883989 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 14 2023 03:53:00 | PNC Bank, P.O. Box 609, Pittsburgh, PA 15230-0609 |
| 14919338 | | EDI: PRA.COM | Nov 14 2023 08:42:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14884711 | + | EDI: RECOVERYCORP.COM | Nov 14 2023 08:42:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14919847 | + | Email/Text: bankruptcynotices@psecu.com | Nov 14 2023 03:54:00 | PSECU, PO BOX 67013, HARRISBURG, PA 17106-7013 |
| 14883987 | | EDI: RMSC.COM | Nov 14 2023 08:42:00 | Paypal Buyer Credit/Synchrony Bank, Attn: Bankruptcy Department, P.O. Box 965060, Orlando, FL 32896-5060 |
| 14883988 | | Email/Text: bankruptcynotices@psecu.com | Nov 14 2023 03:54:00 | Pennsylvania State Employees Credit Un., 1 Credit Union Place, P.O. Box 67013, Harrisburg, PA 17106-7013 |
| 14918529 | | EDI: Q3G.COM | Nov 14 2023 08:42:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14883990 | + | Email/Text: EBN_IndianapolisIMC@receivemorermp.com | Nov 14 2023 03:54:00 | Receivables Management Partners, LLC, P.O. Box 329, Temple, PA 19560-0329 |
| 14883997 | | Email/Text: amieg@stcol.com | Nov 14 2023 03:53:00 | State Collection Service, Inc., 2509 South Stoughton Road, P.O. Box 6250, Madison, WI 53716-0250 |
| 14883991 | | EDI: RMSC.COM | Nov 14 2023 08:42:00 | Sam's Club Master Card/Synchrony Bank, Attention: Bankruptcy Department, P.O. Box 965060, Orlando, FL 32896-5060 |
| 14883992 | | EDI: RMSC.COM | Nov 14 2023 08:42:00 | Sam's Club/Synchrony Bank, Attention: Bankruptcy Department, P.O. Box 965060, Orlando, FL 32896-5060 |
| 14883993 | | Email/Text: bkteam@selenefinance.com | Nov 14 2023 03:53:00 | Selene Finance, Attn: Bankruptcy Department, P.O. Box 422039, Houston, TX 77242-4239 |
| 14923298 | + | Email/Text: bncmail@w-legal.com | Nov 14 2023 03:54:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14883999 | | EDI: RMSC.COM | Nov 14 2023 08:42:00 | TJX Rewards Master Card/Synchrony Bank, Attention: Bankruptcy Department, P.O. Box 965060, Orlando, FL 32896-5060 |
| 14883998 | | EDI: WTRRNBANK.COM | Nov 14 2023 08:42:00 | Target National Bank, c/o Target Card Services, P.O. Box 1581, Minneapolis, MN 55440-1581 |
| 14884000 | + | Email/Text: bankruptcydepartment@tsico.com | Nov 14 2023 03:54:00 | Transworld Systems, Inc., P.O. Box 17221, Wilmington, DE 19850-7221 |
| 14914854 | | Email/Text: BNCnotices@dcmservices.com | Nov 14 2023 03:53:00 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14914853 | | Email/Text: BNCnotices@dcmservices.com | Nov 14 2023 03:53:00 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14922028 | + | Email/Text: bkteam@selenefinance.com | Nov 14 2023 03:53:00 | WEI Mortgage LLC, c/o Selene Finance, LP, Attn: BK Dept, 9990 Richmond Ave. Suite 400 South, Houston, TX 77042-4546 |

TOTAL: 50

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | ARC Home LLC. |
| cr | | Ford Motor Credit Company, LLC |
| cr | *+ | FREEDOM MORTGAGE CORPORATION, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14892561 | ##+ | E-Z Pass Customer Service, 7631 Derry Street, Harrisburg, PA 17111-5286 |
| 14892564 | ## | Peerless Credit Services, Inc., P.O. Box 518, Middletown, PA 17057-0518 |

TOTAL: 2 Undeliverable, 2 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 15, 2023      Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 13, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor FREEDOM MORTGAGE CORPORATION bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor ARC Home LLC. bnicholas@kmllawgroup.com |
| Daniel R. White | on behalf of Debtor Mattie M. David lori@zeblaw.com;r63228@notify.bestcase.com;elisa@zeblaw.com |
| Kevin M Buttery | on behalf of Creditor WEI Mortgage LLC kbuttery@rascrane.com |
| Mario J. Hanyon | on behalf of Creditor FREEDOM MORTGAGE CORPORATION wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Ryan Starks | on behalf of Creditor FREEDOM MORTGAGE CORPORATION Ryan.Starks@brockandscott.com wbecf@brockandscott.com |
| Sindi Mncina | on behalf of Creditor WEI Mortgage LLC smncina@raslg.com |

TOTAL: 9