IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

FILED
11/13/23 3:23 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
MATTIE M. DAVID

　　　　　Debtor(s)

Ronda J. Winnecour
　　　　　Movant
　　vs.
No Repondents.

Case No.:18-22880

Chapter 13

Related to Docket No. 131

ORDER OF COURT

AND NOW, this _____ 13th Day of November, 2023 upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

**ENTERED BY DEFAULT**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-22880-GLT |
| Mattie M. David | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Nov 13, 2023 | Form ID: pdf900 | Total Noticed: 62 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 15, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mattie M. David, 54 Areford Boulevard, Uniontown, PA 15401-4659 |
| 14883966 | | BYL Collection Services, LLC, P.O. Box 569, Malvern, PA 19355-0569 |
| 14883974 | + | Fayette Physician Network, P.O. Box 4640, Rutherford, NJ 07070-0464 |
| 14883976 | | Foundation Radiology Group, PC, 75 Remittance Drive #3310, Chicago, IL 60675-1001 |
| 14883977 | | Health Care Solutions, P.O. Box 3037, Sharon, PA 16146-5037 |
| 14892563 | + | Laurel Physiatry, 269 South Mount Vernon Avenue, Uniontown, PA 15401-4178 |
| 14883984 | + | MMS Endodontics, 9000 Coombs Farm Drive--#304, Morgantown, WV 26508-1150 |
| 14883985 | | NovaSom, 75 Remittance Drive--Dept. 6583, Chicago, IL 60675-6583 |
| 14883986 | + | Oliverio Ear Nose & Throat, 10 Highland Park Drive, Uniontown, PA 15401-8926 |
| 14892565 | | Professional Account Management, P.O. Box 1153, Milwaukee, WI 53201-1153 |
| 14883994 | | Shaw Financial Solutions/Synchrony Bank, Attention: Bankruptcy Department, P.O. Box 965036, Orlando, FL 32896-5061 |
| 14883995 | + | Southwestern Endoscopy Center, 300 Spring Creek Lane--Lower Level, Uniontown, PA 15401-9069 |
| 14883996 | | Southwestern Gastrointestinal Specialist, 300 Spring Creek Lane--Upper Level, Uniontown, PA 15401-9069 |
| 14892566 | + | UPMC Health Services, 2 Hot Metal StreetDist. Room 386, Pittsburgh, PA 15203-2348 |
| 14884001 | | Uniontown Hospital, 500 West Berkeley Street, Uniontown, PA 15401-5596 |
| 14892567 | + | Virtuox, Inc., P.O. Box 741637, Atlanta, GA 30384-0001 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: RASEBN@raslg.com | Nov 14 2023 03:53:00 | WEI Mortgage LLC, RAS Crane LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 14883963 | | Email/Text: ebn@americollect.com | Nov 14 2023 03:54:00 | Americollect, Inc., P. O. Box 1690, Manitowoc, WI 54221-1690 |
| 15180632 | + | Email/Text: cashiering-administrationservices@flagstar.com | Nov 14 2023 03:54:00 | Arc Home LLC (f/k/a WEI Mortgage LLC), c/o Flagstar Bank FSB, 5151 Corporate Drive, Troy MI 48098-2639 |
| 14883964 | | Email/Text: BarclaysBankDelaware@tsico.com | Nov 14 2023 03:53:00 | Barclays Bank, P.O. Box 8802, Wilmington, DE 19899-8802 |
| 14883965 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 14 2023 03:53:00 | Bon Ton/Comenity Bank, Bankruptcy Department, P.O. Box 182125, Columbus, OH 43218-2125 |
| 14883967 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 14 2023 04:42:09 | Capital One, c/o TSYS Total Debt Management, P.O. Box 5155, Norcross, GA 30091 |
| 14897302 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 14 2023 04:20:21 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14883968 | | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 14 2023 04:20:12 | CareCredit/Synchrony Bank, Attn: Bankruptcy Department, P.O. Box 965061, Orlando, FL 32896-5061 |

| Recipient ID | | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| 14883970 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 14 2023 04:31:46 | Citi Card, P.O. Box 6500, Sioux Falls, SD 57117-6500 |
| 14921978 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 14 2023 04:31:50 | Citibank, N.A., Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 14883971 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Nov 14 2023 03:54:00 | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 14883972 | + | Email/Text: ccusa@ccuhome.com | Nov 14 2023 03:53:00 | Credit Collections, USA, 16 Distributor Drive--Suite 1, Morgantown, WV 26501-7209 |
| 14883982 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 14 2023 04:31:51 | Macy's American Express, Bankruptcy Processing, P.O. Box 8053, Mason, OH 45040 |
| 14883983 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 14 2023 04:20:25 | Macy's Visa, Bankruptcy Processing, P.O. Box 8053, Mason, OH 45040 |
| 14922839 | | Email/Text: bnc-quantum@quantum3group.com | Nov 14 2023 03:53:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14883973 | | Email/Text: mrdiscen@discover.com | Nov 14 2023 03:53:00 | Discover, P.O. Box 30421, Salt Lake City, UT 84130-0421 |
| 14887582 | | Email/Text: mrdiscen@discover.com | Nov 14 2023 03:53:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14892562 | + | Email/Text: bankruptcy@erieinsurance.com | Nov 14 2023 03:54:00 | Erie Insurance Group, 100 Erie Insurance Place, Erie, PA 16530-0001 |
| 14894300 | | Email/Text: EBNBKNOT@ford.com | Nov 14 2023 03:54:00 | Ford Motor Credit Company LLC, P. O. Box 62180, Colorado Springs, CO 80962 |
| 14883975 | | Email/Text: EBNBKNOT@ford.com | Nov 14 2023 03:54:00 | Ford Motor Credit Company, LLC, National Bankruptcy Service Center, P.O. Box 62180, Colorado Springs, CO 80962 |
| 15311303 | | Email/Text: Bankruptcy@Freedommortgage.com | Nov 14 2023 03:53:00 | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 14883978 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 14 2023 04:08:43 | Home Depot, P.O. Box 790328, Saint Louis, MO 63179-0328 |
| 14883979 | | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 14 2023 04:31:36 | Home Design/Synchrony Bank, Attention: Bankruptcy Department, P.O. Box 965061, Orlando, FL 32896-5061 |
| 14883969 | | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 14 2023 04:08:57 | Chase, P.O. Box 15298, Wilmington, DE 19850-5298 |
| 14919922 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 14 2023 04:08:29 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14883980 | | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 14 2023 04:08:54 | Levin Furniture/Synchrony Bank, Bankruptcy Department, P.O. Box 965061, Orlando, FL 32896-5061 |
| 14883981 | | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 14 2023 04:09:14 | Lowe's/Synchrony Bank, Attn: Bankruptcy Deptartment, P.O. Box 965060, Orlando, FL 32896-5060 |
| 14883989 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 14 2023 03:53:00 | PNC Bank, P.O. Box 609, Pittsburgh, PA 15230-0609 |
| 14919338 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 14 2023 04:20:58 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14884711 | + | Email/PDF: rmscedi@recoverycorp.com | Nov 14 2023 04:09:10 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14919847 | + | Email/Text: bankruptcynotices@psecu.com | Nov 14 2023 03:54:00 | PSECU, PO BOX 67013, HARRISBURG, PA 17106-7013 |

Case 18-22880-GLT   Doc 148   Filed 11/15/23   Entered 11/16/23 00:36:25   Desc
Imaged Certificate of Notice   Page 4 of 5

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Nov 13, 2023 | Form ID: pdf900 | Total Noticed: 62 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14883987 | | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 14 2023 04:20:53 | Paypal Buyer Credit/Synchrony Bank, Attn: Bankruptcy Department, P.O. Box 965060, Orlando, FL 32896-5060 |
| 14883988 | | Email/Text: bankruptcynotices@psecu.com | Nov 14 2023 03:54:00 | Pennsylvania State Employees Credit Un., 1 Credit Union Place, P.O. Box 67013, Harrisburg, PA 17106-7013 |
| 14918529 | | Email/Text: bnc-quantum@quantum3group.com | Nov 14 2023 03:53:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14883990 | + | Email/Text: EBN_IndianapolisIMC@receivemorermp.com | Nov 14 2023 03:54:00 | Receivables Management Partners, LLC, P.O. Box 329, Temple, PA 19560-0329 |
| 14883997 | | Email/Text: amieg@stcol.com | Nov 14 2023 03:53:00 | State Collection Service, Inc., 2509 South Stoughton Road, P.O. Box 6250, Madison, WI 53716-0250 |
| 14883991 | | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 14 2023 04:08:39 | Sam's Club Master Card/Synchrony Bank, Attention: Bankruptcy Department, P.O. Box 965060, Orlando, FL 32896-5060 |
| 14883992 | | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 14 2023 04:08:39 | Sam's Club/Synchrony Bank, Attention: Bankruptcy Department, P.O. Box 965060, Orlando, FL 32896-5060 |
| 14883993 | | Email/Text: bkteam@selenefinance.com | Nov 14 2023 03:53:00 | Selene Finance, Attn: Bankruptcy Department, P.O. Box 422039, Houston, TX 77242-4239 |
| 14923298 | + | Email/Text: bncmail@w-legal.com | Nov 14 2023 03:54:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14883999 | | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 14 2023 04:20:21 | TJX Rewards Master Card/Synchrony Bank, Attention: Bankruptcy Department, P.O. Box 965060, Orlando, FL 32896-5060 |
| 14883998 | | Email/Text: bncmail@w-legal.com | Nov 14 2023 03:53:00 | Target National Bank, c/o Target Card Services, P.O. Box 1581, Minneapolis, MN 55440-1581 |
| 14884000 | + | Email/Text: bankruptcydepartment@tsico.com | Nov 14 2023 03:54:00 | Transworld Systems, Inc., P.O. Box 17221, Wilmington, DE 19850-7221 |
| 14914854 | | Email/Text: BNCnotices@dcmservices.com | Nov 14 2023 03:53:00 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14914853 | | Email/Text: BNCnotices@dcmservices.com | Nov 14 2023 03:53:00 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14922028 | + | Email/Text: bkteam@selenefinance.com | Nov 14 2023 03:53:00 | WEI Mortgage LLC, c/o Selene Finance, LP, Attn: BK Dept, 9990 Richmond Ave. Suite 400 South, Houston, TX 77042-4546 |

TOTAL: 46

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | ARC Home LLC. |
| cr | | Ford Motor Credit Company, LLC |
| cr | *+ | FREEDOM MORTGAGE CORPORATION, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14892561 | ##+ | E-Z Pass Customer Service, 7631 Derry Street, Harrisburg, PA 17111-5286 |
| 14892564 | ## | Peerless Credit Services, Inc., P.O. Box 518, Middletown, PA 17057-0518 |

TOTAL: 2 Undeliverable, 2 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 15, 2023           Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 13, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor FREEDOM MORTGAGE CORPORATION bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor ARC Home LLC. bnicholas@kmllawgroup.com |
| Daniel R. White | on behalf of Debtor Mattie M. David lori@zeblaw.com;r63228@notify.bestcase.com;elisa@zeblaw.com |
| Kevin M Buttery | on behalf of Creditor WEI Mortgage LLC kbuttery@rascrane.com |
| Mario J. Hanyon | on behalf of Creditor FREEDOM MORTGAGE CORPORATION wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Ryan Starks | on behalf of Creditor FREEDOM MORTGAGE CORPORATION Ryan.Starks@brockandscott.com wbecf@brockandscott.com |
| Sindi Mncina | on behalf of Creditor WEI Mortgage LLC smncina@raslg.com |

TOTAL: 9